# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

September 2, 2019

<u>**VIA ECF**</u>

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>*Wisser v. Vox Media, Inc. (1:19-cv-1445-LGS)*</u>

Dear Judge Schofield,

    We represent Plaintiff, Bill Wisser, in the above in captioned case. A conflict arose for the telephonic conference scheduled for September 5, 2019. The parties have conferred and are available the afternoon of September 11, 2019 to reschedule.

The Court's consideration is much appreciated.

                                                               Respectfully Submitted,

                                                                /s/Richard Liebowitz
                                                               Richard Liebowitz

                                                              *Counsel for Plaintiff Bill Wisser*



Liebowitz Law Firm, PLLC