

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/03/2019

September 2, 2019

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Wisser v. Vox Media, Inc. (1:19-cv-1445-LGS)*

Dear Judge Schofield,

    We represent Plaintiff, Bill Wisser, in the above in captioned case. A conflict arose for the telephonic conference scheduled for September 5, 2019. The parties have conferred and are available the afternoon of September 11, 2019 to reschedule.

The Court's consideration is much appreciated.

                          Respectfully Submitted,

                          /s/Richard Liebowitz
                          Richard Liebowitz

                          *Counsel for Plaintiff Bill Wisser*

Application GRANTED. The telephone conference, scheduled for September 5, 2019, is adjourned to September 12, 2019 at 11:00 a.m.

Dated: September 3, 2019
       New York, New York

**Lorna G. Schofield**
**United States District Judge**

Liebowitz Law Firm, PLLC