# Liebowitz Law Firm, PLLC
### Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

September 9, 2019

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Wisser v. Vox Media, Inc. (1:19-cv-1445-LGS)*

Dear Judge Schofield,

We represent Plaintiff, Bill Wisser, in the above in-captioned case. We have a conflict with the scheduled start time for the telephonic conference on September 12, 2019. We respectfully request that the conference be adjourned to 12pm or between 2-3pm. Defendant consents to this time change.

The Court's consideration is much appreciated.

                                                     Respectfully submitted,

                                                     /s/Richard Liebowitz
                                                     Richard P. Liebowitz

                                                     *Counsel for Plaintiff Bill Wisser*

