

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2019

September 9, 2019

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Wisser v. Vox Media, Inc. (1:19-cv-1445-LGS)*

Dear Judge Schofield,

We represent Plaintiff, Bill Wisser, in the above in-captioned case. We have a conflict with the scheduled start time for the telephonic conference on September 12, 2019. We respectfully request that the conference be adjourned to 12pm or between 2-3pm. Defendant consents to this time change.

The Court's consideration is much appreciated.

                                        Respectfully submitted,

                                        /s/Richard Liebowitz
                                        Richard P. Liebowitz

                                        *Counsel for Plaintiff Bill Wisser*

Application GRANTED IN PART.  The pre-motion telephone conference, scheduled for September 12, 2019, is adjourned to September 19, 2019, at 10:40 a.m and converted to an in-person pre-motion conference.

Dated: September 11, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE