UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  :
BILL WISSER,  :
                    Plaintiff,  :
  :  19 Civ. 1445 (LGS)
      -against-  :
  :  ORDER
VOX MEDIA, INC.,  :
                    Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2019

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference occurred on September 19, 2019 regarding Defendant's motion for an order awarding sanctions against Plaintiff's counsel. As discussed at conference, it is hereby

      ORDERED that Defendant may file a motion for sanctions against Plaintiff's counsel, which shall be subject to the following schedule: Defendant shall file its motion by **October 3, 2019**; Plaintiff shall file his opposition by **October 24, 2019**; and Defendant shall file its reply by **November 7, 2019**. The parties shall follow the Court's Individual Rules concerning motions, including those concerning page limits and courtesy copies. It is further

      ORDERED that discovery is stayed pending the resolution of the motion for sanctions. The parties shall file a joint letter with proposed modifications to the discovery schedule within seven days following resolution of the motion.

Dated: September 19, 2019
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE