UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
BILL WISSER,                                      :
                                                  :
                        Plaintiff,                :     Docket No. 1:19-cv-1445-LGS
                                                  :
        - against -                               :     **MOTION FOR ADMISSION**
                                                  :     ***PRO HAC VICE***
                                                  :
VOX MEDIA, INC.                                   :
                                                  :
                        Defendant.                :
---------------------------------------------------------- X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, CAESAR D. KALINOWSKI hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Vox Media, Inc. in the above-captioned action.

I am in good standing of the bar of the state of Washington and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

 Dated: Seattle, Washington

        October 3, 2019                        DAVIS WRIGHT TREMAINE LLP


                                               By:  *s/ Caesar D. Kalinowski*
                                                   Caesar D. Kalinowski
                                                   920 Fifth Avenue, Suite 3300
                                                   Seattle, WA  98104-1610
                                                   Phone: (206) 622-3150
                                                   Fax: (206) 757-7700
                                                   CaesarKalinowski@dwt.com

                                               *Attorney for Defendant Vox Media, Inc.*

TO:   Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valleystream, NY 11580
RL@liebowitzlawfirm.com
jf@liebowitzlawfirm.com

*Attorney for Plaintiff*