# EXHIBIT A

## **SIGNATURE PAGE**

LIEBOWITZ LAW FIRM, PLLC

*Richard Liebowitz*                                      May 5, 2017
Richard P. Liebowitz, Esq.                               Date

THE FOREGOING IS AGREED TO:

Client Name:   Bill Wisser

Client Company (if any): _____

Address:   565 NW 44 Street, Miami, Florida 33127

Phone:   305-672-2448   305-632-0840 - Cell

Email:   bill@billwisserphoto.com

*Bill Wisser*                                            05/11/2017
Client Signature                                         Date

4