# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-067-039**

Effective Date of Registration:
July 25, 2017

## Title

**Title of Work:** Group Registration of Published Photographs - William Wisser; 2016 Photos; all published 1/12/16-12/31/16; 723 Photos

**Content Title:** 02pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
03pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
04pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
05pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
06pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
07pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
08pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
09pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
10pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
11pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
12pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
13pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
14pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
15pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
16pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
17pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
18pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
19pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
21pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
22pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
23pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
cafe1-2-8faffcc4c0ea8fd6.jpg
cafe1-3-588a6d59326298a0.jpg
cafe1-4-38c60af2d740d16b.jpg; 1/12/16

12543100_1771207649777892_142942375_n.jpg; 1/13/16

01-marion-miami-new-times-billwisserphoto.com.jpg
04-marion-miami-new-times-billwisserphoto.com.jpg
06-marion-miami-new-times-billwisserphoto.com.jpg
07-marion-miami-new-times-billwisserphoto.com.jpg
08-marion-miami-new-times-billwisserphoto.com.jpg
09-marion-miami-new-times-billwisserphoto.com.jpg
10-marion-miami-new-times-billwisserphoto.com.jpg
11-marion-miami-new-times-billwisserphoto.com.jpg
12-marion-miami-new-times-billwisserphoto.com.jpg
13-marion-miami-new-times-billwisserphoto.com.jpg
14-marion-miami-new-times-billwisserphoto.com.jpg
15-marion-miami-new-times-billwisserphoto.com.jpg
18-marion-miami-new-times-billwisserphoto.com.jpg

19-marion-miami-new-times-billwisserphoto.com.jpg
20-marion-miami-new-times-billwisserphoto.com.jpg
21-marion-miami-new-times-billwisserphoto.com.jpg
22-marion-miami-new-times-billwisserphoto.com.jpg
23-marion-miami-new-times-billwisserphoto.com.jpg
24-marion-miami-new-times-billwisserphoto.com.jpg
26-marion-miami-new-times-billwisserphoto.com.jpg
27-marion-miami-new-times-billwisserphoto.com.jpg
marion-miami-new-times-1-credit-billwisserphoto.com.jpg
marion-miami-new-times-2-credit-billwisserphoto.com.jpg
marion-miami-new-times-3-credit-billwisserphoto.com.jpg
marion-miami-new-times-4-credit-billwisserphoto.com.jpg
marion-miami-new-times-5-credit-billwisserphoto.com.jpg; 1/19/16

cafe1-1-f43d021360acdd68.jpg
cafe1-2-aa10abd4ffacf4f6.jpg
cafe1-3-91abd9b495abff74.jpg
cafe1-4-251a91f40c327ce4.jpg
cafe1-5-aee5d903bc0fc8df.jpg; 1/26/16

02nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
03nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
04nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
05nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
07nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
08nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
09nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
11nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
12nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
13nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
14nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
16nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
17nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
18nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
19nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
20nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
21nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
22nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
23nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
24nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
25nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
26nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
27nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
28nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
29nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
30nobu-miami-beach-new-times-credit-billwisserphoto.com.jpg
31nobu-miami-beach-new-times-credit-billwisserphoto; 1/27/16

TopRock-viewer.jpeg; 1/3/16

01-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
03-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
04-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
06-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
07-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
08-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
09-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
11-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg



12-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
13-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
14-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
15-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
16-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
17-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
18-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
19-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
20-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
21-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
22-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
23-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
24-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
25-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
26-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
27-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
28-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
29-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
30-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
31-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
32-beaker-gray-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-1-6e542a1ff00c42be.jpg
cafe1-2-ab0054b755ad831e.jpg
cafe1-3-754013824d9f12c9.jpg; 2/9/16

001-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
002-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
003-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
004-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
005-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
007-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
008-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
009-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
010-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
; 2/16/16

011-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
012-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
013-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
014-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
015-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
016-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
017-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
018-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
019-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
020-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
021-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
022-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
023-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
024-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
025-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
026-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
027-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
028-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
029-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
030-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
031-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
032-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg

033-naiyara-miami-beach-new-times-credit-billwisserphoto.com.jpg
cafe1-1-1ca01958a3138139.jpg
cafe1-3-2e950cfce97d5fb1.jpg
cafe1-5-2fb6946adc9a5289.jpg; 2/16/16

01-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
02-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
03-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
04-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
05-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
06-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
07-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
08-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
09-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
10-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
11-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
12-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
13-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
14-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
15-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
16-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
17-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
18-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
19-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
20-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
21-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
22-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
; 2/23/16

23-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
24-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
25-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
26-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
27-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
28-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
29-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
30-neme-gastro-bar-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-2-80190f44e90237ef.jpg
cafe1-3-6e20848b2a1c9da2.jpg
cafe1-4-434ad37bb07b9aa2-1.jpg; 2/23/16

01-alinea-miami-new-times-credit-billwisserphoto.com.jpg
02-alinea-miami-new-times-credit-billwisserphoto.com.jpg
04-alinea-miami-new-times-credit-billwisserphoto.com.jpg
05-alinea-miami-new-times-credit-billwisserphoto.com.jpg
06-alinea-miami-new-times-credit-billwisserphoto.com.jpg
07-alinea-miami-new-times-credit-billwisserphoto.com.jpg
08-alinea-miami-new-times-credit-billwisserphoto.com.jpg
09-alinea-miami-new-times-credit-billwisserphoto.com.jpg
11-alinea-miami-new-times-credit-billwisserphoto.com.jpg
12-alinea-miami-new-times-credit-billwisserphoto.com.jpg
13-alinea-miami-new-times-credit-billwisserphoto.com.jpg
16-alinea-miami-new-times-credit-billwisserphoto.com.jpg
17-alinea-miami-new-times-credit-billwisserphoto.com.jpg
18-alinea-miami-new-times-credit-billwisserphoto.com.jpg
19-alinea-miami-new-times-credit-billwisserphoto.com.jpg
20-alinea-miami-new-times-credit-billwisserphoto.com.jpg
21-alinea-miami-new-times-credit-billwisserphoto.com.jpg



22-alinea-miami-new-times-credit-billwisserphoto.com.jpg
23-alinea-miami-new-times-credit-billwisserphoto.com.jpg
24-alinea-miami-new-times-credit-billwisserphoto.com.jpg
25-alinea-miami-new-times-credit-billwisserphoto.com.jpg
26-alinea-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-2-346e466a80f986cc.jpg
cafe1-3-ecd6d1daf2a515c6.jpg
cafe1-4-d10d3af5bd3dc609.jpg
cafe1-5-5d022e9b92bdfc2b.jpg; 3/1/16

01-talde-miami-new-times-credit-billwisserphoto.com.jpg
02-talde-miami-new-times-credit-billwisserphoto.com.jpg
03-talde-miami-new-times-credit-billwisserphoto.com.jpg
04-talde-miami-new-times-credit-billwisserphoto.com.jpg
05-talde-miami-new-times-credit-billwisserphoto.com.jpg
06-talde-miami-new-times-credit-billwisserphoto.com.jpg
07-talde-miami-new-times-credit-billwisserphoto.com.jpg
08-talde-miami-new-times-credit-billwisserphoto.com.jpg
09-talde-miami-new-times-credit-billwisserphoto.com.jpg
10-talde-miami-new-times-credit-billwisserphoto.com.jpg
11-talde-miami-new-times-credit-billwisserphoto.com.jpg
12-talde-miami-new-times-credit-billwisserphoto.com.jpg
14-talde-miami-new-times-credit-billwisserphoto.com.jpg
16-talde-miami-new-times-credit-billwisserphoto.com.jpg
17-talde-miami-new-times-credit-billwisserphoto.com.jpg
18-talde-miami-new-times-credit-billwisserphoto.com.jpg
20-talde-miami-new-times-credit-billwisserphoto.com.jpg
21-talde-miami-new-times-credit-billwisserphoto.com.jpg
22-talde-miami-new-times-credit-billwisserphoto.com.jpg
24-talde-miami-new-times-credit-billwisserphoto.com.jpg
25-talde-miami-new-times-credit-billwisserphoto.com.jpg
26-talde-miami-new-times-credit-billwisserphoto.; 3/8/16

cafe1-1-36174553a0efca4b.jpg
cafe1-2-616a2745a273a1f3.jpg
cafe1-3-71bf821fbc979cb5.jpg
cafe1-4-3f6dbd1aab2cf975.jpg
datang_w001-nt8.jpg
datang_w003-nt8.jpg
datang_w004-nt8.jpg
datang_w007-nt8.jpg
datang_w008-nt8.jpg
datang_w009-nt8.jpg
datang_w010-nt8.jpg
datang_w012-nt8.jpg
datang_w013-nt8.jpg
datang_w014-nt8.jpg
datang_w017-nt8.jpg
datang_w018-nt8.jpg
datang_w020-nt8.jpg
datang_w021-nt8.jpg
datang_w023-nt8.jpg
datang_w024-nt8.jpg
datang_w025-nt8.jpg
datang_w027-nt8.jpg
datang_w028-nt8.jpg
datang_w029-nt8.jpg
datang_w032-nt8.jpg

datang_w035-nt8.jpg
datang_w036-nt8.jpg
datang_w037-nt8.jpg
datang_w040-nt8.jpg
datang_w041-nt8.jpg
datang_w046-nt8.jpg
datang_w047-nt8.jpg
datang_w048-nt8.jpg
datang_w049-nt8.jpg
datang_w051-nt8.jpg
datang_w054-nt8.jpg; 3/15/16

002-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-2-573ffdc457d22e77.jpg
cafe1-3-58c88ae65f7b1b5e.jpg
cafe1-4-5c55197bc25cd70d.jpg
cafe1-5-1d3549995eca0753.jpg; 3/22/16

ariete-restaurant-coconut-grove-01.jpg
ariete-restaurant-coconut-grove-02.jpg
ariete-restaurant-coconut-grove-03.jpg
ariete-restaurant-coconut-grove-04.jpg
ariete-restaurant-coconut-grove-05.jpg
ariete-restaurant-coconut-grove-07.jpg
ariete-restaurant-coconut-grove-08.jpg
ariete-restaurant-coconut-grove-09.jpg
ariete-restaurant-coconut-grove-10.jpg
ariete-restaurant-coconut-grove-11.jpg
ariete-restaurant-coconut-grove-12.jpg
cafe1-6-21a979b8836beddd.jpg; 3/29/16

001-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
002-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
003-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
004-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
005-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
006-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
007-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
008-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
009-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
012-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
013-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
014-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
015-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
016-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
017-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
018-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
019-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
020-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
021-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
022-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
024-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
025-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
026-trust-and-co-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-2-743efdfe3d6a2ac0.jpg
cafe1-4-3204d1d6f7260edc.jpg; 4/5/16

001-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg



003-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
004-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
005-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
006-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
007-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
008-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
009-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
010-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
011-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
012-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
013-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
014-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
015-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
016-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
017-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
018-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
; 4/7/16

019-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
021-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
022-chayhana-oasis-miami-new-times-credit-billwisserphoto-1.com.jpg
022-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
023-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
024-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
025-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
026-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
027-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
028-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
029-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
030-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
031-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg
032-chayhana-oasis-miami-new-times-credit-billwisserphoto.com.jpg; 4/7/16

basilicviet-w001-nt8.jpg
basilicviet-w003-nt8-1.jpg
basilicviet-w003-nt8.jpg
basilicviet-w008-nt8.jpg
basilicviet-w010-nt8.jpg
basilicviet-w011-nt8.jpg
basilicviet-w012-nt8.jpg
basilicviet-w013-nt8.jpg
basilicviet-w015-nt8.jpg
basilicviet-w016-nt8.jpg
basilicviet-w018-nt8.jpg
basilicviet-w020-nt8.jpg
basilicviet-w021-nt8.jpg
basilicviet-w022-nt8.jpg
basilicviet-w023-nt8.jpg
basilicviet-w024-nt8.jpg
basilicviet-w025-nt8.jpg
basilicviet-w027-nt8.jpg
basilicviet-w028-nt8.jpg
basilicviet-w030-nt8.jpg
cafe1-2-8310be8fb5a5568c.jpg
cafe1-5-b43b9e983ba375bc.jpg; 4/15/16

01-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
02-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg

03-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
06-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
07-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
09-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
10-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
13-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
15-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
16-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
17-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
18-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
19-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
20-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
21-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
23-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
; 4/19/16

25-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
26-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
27-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
29-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
31-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
32-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
33-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
34-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
35-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
36-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
37-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
39-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
41-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
42-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
44-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
46-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
47-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
48-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
49-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
51-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
52-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
54-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg
56-peking-duck-review-miami-new-times-credit-billwisserphoto.com.jpg;
4/19/16

01-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
02-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
03-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
04-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
05-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
06-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
07-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
08-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
; 4/26/16

09-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
10-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
11-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
12-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
13-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
14-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
15-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg



17-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
18-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
19-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
20-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
21-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
22-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
23-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
25-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
27-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
28-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
29-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
30-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
31-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
32-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
33-los-fuegos-faena-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-1-321661039392cf6b.jpg
cafe1-3-6cbbfdd917e6da47.jpg
cafe1-5-af596a861cd4872b.jpg; 4/26/16

002-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
003-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
004-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
005-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
006-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
007-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
008-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
009-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
010-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
011-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
012-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
013-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
015-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
016-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
017-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
019-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
020-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
021-sushi-garage-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-2-2334421688c13ef4.jpg
cafe1-5-a47afb4f633f15d9.jpg
SushiGarage-w033-90.jpg; 5/3/16

001-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
002-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
003-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
004-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
005-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
006-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
007-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
008-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
009-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
010-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
011-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
012-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
013-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
014-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
015-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
018-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
019-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg

```
020-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
021-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
022-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
023-plant-food-wine-review-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-1-66084defb75749ea.jpg
cafe1-4-6ed27ce89ffe6403.jpg; 5/10/16

001-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
002-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
003-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
004-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
005-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
006-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
007-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
008-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
009-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
010-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
011-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
012-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
013-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
014-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
015-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
016-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
017-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
018-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
020-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
021-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
022-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
023-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
024-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
025-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
026-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
027-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
028-ichimi-miami-new-times-review-credit-billwisserphoto.com.jpg
cafe1-1-e5ddf48adc44f4f0.jpg
cafe1-2-33f908140e182a8b.jpg
cafe1-4-c049d3bed3d210d7.jpg; 5/24/16

01-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
02-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
03-sasparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
04-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
05-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
06-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
07-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
08-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
09-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
10-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
11-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
12-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
13-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
15-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
16-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
17-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
18-sarsparilla-club-review-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-1-99e3c600f1a87a99.jpg
cafe1-4-8dce744071793560.jpg; 6/1/16
```



001-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
004-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
005-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
006-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
007-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
008-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
009-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
010-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
012-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
013-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
014-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
015-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
016-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
017-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
018-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
019-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
020-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
021-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
022-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
023-pb-station-review-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-1-13b2eee98df5a56d.jpg
cafe1-2-e232ff5e63431261.jpg
cafe1-3-a030fb102e33fe3e.jpg
cafe1-4-6c770bf8ac9b1ecf.jpg; 6/7/16

001-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
002-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
003-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
005-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
006-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
007-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
008-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
009-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
010-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
011-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
012-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
013-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
014-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
015-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
016-kyu-wynwood-review-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-1-7909e9400b50728b.jpg
cafe1-2-33da30ec1d84bdb6.jpg
cafe1-3-fa199d05b7a66e80.jpg; 6/21/16

bar.glass.vine.png
barman.png
cafe1-1-322554e47be6b30c.jpg
cafe1-2-66aed900f23f4f2e.jpg
cafe1-4-675e90c56bb8ded5.jpg
cauliflower.png
cauliflower2.png
giorgio.png
glsss_vine.rm.png
lamb.ribs.2.png
lamb.ribs.png
pasta.png
s.breads.png
screenshot_361.png; 6/28/16

13508862_10153496828672610_1069661901893371880_n.jpg
13510960_10153496828782610_3275696424783337921_n.jpg
13516187_10153496828862610_6925016042615007484_n.jpg
13516380_10153496828567610_8970307455023812796_n.jpg
13528924_10153496828652610_7488715189376476_n.jpg
13532812_10153496828647610_8600435722720159731_n.jpg
13557734_10153496828607610_9169647936371263666_n.jpg
13566908_10153496828577610_6585196771294930995_n.jpg
13567310_10153496828792610_6969160952019378246_n.jpg; 6/28/16

13516320_10153496828542610_6011427137972146903_n.jpg
cafe1-1-322554e47be6b30c.jpg
cafe1-2-66aed900f23f4f2e.jpg
cafe1-3-c08531246dffaba7.jpg
cafe1-4-675e90c56bb8ded5.jpg; 6/28/16

001-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
002-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
003-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
004-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
005-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
006-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
007-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
008-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
009-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
010-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
011-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
012-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
013-dragonfly-doral-review-miami-new-times-credit-billwisserphoto.com.jpg
cafe1-1-f6b821a9b7ddfd57.jpg
cafe1-3-40e736b70559453b.jpg
cafe1-5-55abcec29c8fc969.jpg; 7/6/16

14045650_10153607417347610_4682066010318121593_n.jpg
14100393_10153607417352610_4552446658362251854; 8/19/16

14358820_10153689146492610_8163089029117071163_n.jpg; 9/21/16

1000-1.jpeg
1000-10.jpeg
1000-11.jpeg
1000-12.jpeg
1000-13.jpeg
1000-14.jpeg
1000-15.jpeg
1000-16.jpeg
1000-17.jpeg
1000-18.jpeg
1000-19.jpeg
1000-2.jpeg
1000-20.jpeg
1000-21.jpeg
1000-22.jpeg
1000-23.jpeg
1000-24.jpeg
1000-25.jpeg
1000-26.jpeg



1000-27.jpeg
1000-28.jpeg
1000-29.jpeg
1000-3.jpeg
1000-30.jpeg
1000-31.jpeg
1000-32.jpeg
1000-33.jpeg
1000-34.jpeg
1000-35.jpeg
1000-36.jpeg
1000-37.jpeg
1000-38.jpeg
1000-4.jpeg
1000-5.jpeg
1000-6.jpeg
1000-7.jpeg
1000-8.jpeg
1000-9.jpeg
1000.jpeg
14502891_10153701234097610_5608509074829999276_n.jpg; 9/25/16

1000-1.jpeg
1000.jpeg; 10/2/16

rainbow_10153721653682610_7211613067527032839_n.jpg; 10/5/16

1000-1.jpeg
1000.jpeg; 10/13/16

14915230_10153782762262610_7051051192225969180_n.jpg
14915305_10153782727727610_8479970954649468863_n.jpg
Chrysler-Lex_10153782692182610_7366634878125471677_n.jpg; 10/29/16

14937405_10153791015497610_8802186911366182580; 10/31/16

Allfootware.png; 11/21/16

14907656_10153796237107610_5143578543453835788_n.jpg
14907688_10153796232517610_3551127342506848919_n.jpg
14915291_10153796282527610_6139450131283840349_n.jpg
14915378_10153796225302610_1826677289428865502_n.jpg
27-talde-miami-new-times-credit-billwisserphoto; 11/3/16

14963354_10153815881582610_2774170012714556690_n.jpg
15032815_10153815896767610_5033324692679846873; 11/10/16

10570513_10153820793082610_6868555429687413967_n.jpg
15037110_10153820793272610_6804869078608179654; 11/12/16

15035707_702947669860480_8098584968923447296_n.jpg
15046935_1612992005661194_3127586672322019328_n.jpg; 11/13/16

1000.jpeg; 11/15/16

15037330_10153835711502610_1981496890728758500_n.jpg; 11/17/16

15078706_10153843619032610_2003288000880172487_n.jpg
CafeCreole_10153843615187610_1756370908647177635_n.jpg; 11/20/16

saintMural_10153845574787610_487108232100776837; 11/21/16

At.Michael-15178140_10153848503117610_4117883189044881492_n.jpg
StarMural_10153848830132610_3644360907757100995_n.jpg; 11/22/16

15135936_10153850510917610_3641140713603467213; 11/23/16

15178199_10153854544692610_7769744496848997775_n.jpg
15178989_10153854532932610_6305722782627796017_n.jpg; 11/24/16

15178199_10153854544692610_7769744496848997775_n.jpg
15178989_10153854532932610_6305722782627796017_n.jpg; 11/24/16

14566709_226306224465082_2888788208651337728_n.jpg
15241248_10153857259572610_1817308511066608680_n.jpg
cookbook.green.png; 11/25/16

15171122_10153857286712610_6277158034582043592_n.jpg; 11/26/16

14561904_1326515944049992_3119298802779947008; 11/27/16

15192756_10153868734917610_1664435719370 25104_n.jpg
15202739_10153868734532610_5897466962136239880_n.jpg
15219598_10153868727817610_1139331874708658197_n.jpg
15241849_10153868734122610_5245740630755984963_n.jpg; 12/1/16

15232259_10153872320647610_1115707324851 90930_n.jpg
15241342_10153872229767610_4932152813345320916_n.jpg
15326397_10153872222332610_4960453528295563059_n.jpg
15327446_10153872234337610_8804162373753806776_n.jpg
15337539_10153872315117610_2820538944563732301_n.jpg; 12/2/16

14597371_337436233289573_7244929574251790336_n.jpg
15101564_580461765459349_7160798955993825280_n.jpg
15220125_10153875383877610_2566797160645306878_n.jpg
15220226_10153875365212610_5926574838128341524_n.jpg
15230671_10153874464472610_8696743560589758564_n.jpg
15241347_10153875375922610_5341671673095140197_n.jpg
15241771_10153874385877610_3207386709777798915_n.jpg
15251577_896398390490812_7665573255268270080_n.jpg
15253588_10153874441002610_2158904663161 44127_n.jpg
15259142_1203757343045318_1466715435910037504_n.jpg
15326435_10153874465797610_3968068307051321063_n.jpg
15327283_10153874460152610_5996507661331328546_n.jpg
15350646_10153874402992610_3517604770194230264_n.jpg
15355707_10153874398287610_8893391550316 12146_n.jpg; 12/3/16

15403295_1693895327607371_2972184383206719488_n.jpg; 12/19/16

Myceviche-Insta.png; 12/24/16

Chocolates_10153939972372610_5969192832276768972; 12/24/16

GalleryDoor-insta.png; 12/24/16

15623730_1261869687211915_7960303909803655168_n.jpg; 12/31/16



## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | January 12, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | William Wisser |
| Author Created: | photograph |
| Work made for hire: | No |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | William Wisser |
| | 565 NW 44th Street, Miami, FL, 33127, United States |

## Certification

| | |
|---|---|
| Name: | richard Liebowitz |
| Date: | July 25, 2017 |



BW_017