

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

November 6, 2019

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

    Re:    *Wisser v. Vox Media, Inc.*, 1:19-cv-01445 (LGS)

Dear Judge Schofield:

    We represent Plaintiff Bill Wisser ("Plaintiff") in the above-captioned case and write in furtherance of the letter posted earlier today concerning certain deficiencies in Plaintiff's opposition papers filed on October 24, 2019 [Dkt #s 45-48] and to respectfully request the appropriate relief.

    Plaintiff notes that Bill Wisser's declaration [Dkt. #46] also includes an additional 74 pages of exhibits that were not referenced in the letter dated earlier today. Exhibit B [Dkt. # 46-2] is 48 pages and contains docket sheets from Wisser's other cases. Exhibit C [Dkt. #46-3] is 17 pages and is the applicable copyright registration certificate. This brings the total pages of exhibits across all declarations to 328.

    For the same reasons stated in Plaintiff's earlier letter, we respectfully request that the Court forgive Plaintiff's non-compliance with Section B.3 and permit the opposition papers to be submitted "as is." In the alternative, Plaintiff respectfully requests Court's leave to re-file its opposition papers so as to comport with the Section B.2.

    We sincerely thank the Court for its consideration and apologize again for the error.

                                                        Respectfully Submitted,

                                                       **/s/richardliebowitz/**
                                                       Richard Liebowitz

                                                       *Counsel for Plaintiff Bill Wisser*

