# Exhibit A

```
 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   ---------------------------------------X

 4   BILL WISSER,

 5                    Plaintiff,

 6            - against -

 7   VOX MEDIA, INC.,

 8                    Defendant.

 9   ---------------------------------------X

10                    1251 Avenue of the Americas
                      New York, New York
11
                      August 15, 2019
12                    10:00 a.m.

13

14      (Confidential portions included)

15

16       Deposition of Plaintiff, WILLIAM WISSER,

17   before Rita Persichetty, a Notary Public of the

18   State of New York.

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2   LIEBOWITZ LAW FIRM, PLLC

 3   Attorneys for Plaintiff

 4        11 Sunrise Plaza, Suite 305

 5        Valley Stream, New York 11580

 6   BY:  JAMES H. FREEMAN, ESQ.

 7        PHONE:  516.233.1660

 8        FAX:  516.612.2740

 9        EMAIL:  jf@liebowitzlawfirm.com

10

11   DAVIS WRIGHT TREMAINE LLP

12   Attorneys for Defendant

13        1251 Avenue of the Americas

14        New York, New York 10020

15   BY:  RACHEL F. STROM, ESQ.

16        PHONE:  212.489.8230

17        EMAIL:  rachelstrom@dwt.com

18

19

20

21

22

23

24

25
```

1      MS. STROM:  Can I have this document
2    marked as Exhibit 10, please.
3      (Defendant's Exhibit 10, Screenshot
4    of Ariete's page on Facebook, marked for
5    identification.)
6      MS. STROM:  I won't -- this won't
7    discuss financial matters, we should stop
8    marking this confidential.
9      MR. FREEMAN:  Yes.
10   Q   I will represent that this is a
11 screenshot of the Ariete Facebook page with a
12 picture of a photograph.
13      I am so old or so young that I don't
14 have a Facebook account, I'm somewhere in
15 between.
16      MR. FREEMAN:  You're still on
17    MySpace.
18      MS. STROM:  I was burned -- I was of
19    the generation that was burned by MySpace
20    and Friendster and I'm like, you know
21    what, I'm done with this.  But I recently
22    joined Instagram so I guess that is owned
23    by Facebook, so there you go.
24      MR. FREEMAN:  Very cutting edge.
25      MS. STROM:  Yeah, cutting edge in

```
1       that my mother and relatives all have it
2       too.
3       Q    Do you recognize the photograph that
4  is on this document?
5       A    I recognize the photograph.
6       Q    And what is the photograph?
7       A    Well, it's a photograph in question
8  in this suit.
9       Q    Did you know that this photograph was
10 on the Ariete Facebook page?
11      A    No.
12      Q    So you did not license this
13 photograph to Ariete?
14      A    That is correct.
15      Q    Is this your first time now, right
16 now knowing that this photograph is on the
17 Ariete Facebook page?
18      A    Yes, yes it is.
19      Q    So you -- it would be news to you to
20 know that eater worked -- had requested images
21 from Ariete for the article at issue in this
22 lawsuit?
23      A    I don't understand your question.
24      Q    So you have sued over an article on
25 eater.com, correct?
```

1   A   Yes.

2   Q   And you have no knowledge now if

3   Ariete -- or sorry, if the people that worked

4   at eater.com asked Ariete for photographs for

5   the article at issue at this page?

6   A   I have no knowledge of what went on

7   inside the editorial offices of -- or of

8   Facebook or, really I have no idea what --

9   what's going on with the management of eater.

10   Q   Okay.

11   A   No, excuse me, the manager of the

12   restaurant because you're saying that the

13   restaurant used the picture.  I don't know if

14   that's very clear.

15   Q   I think I got it.  You're saying you

16   have no knowledge if Ariete worked with

17   eater.com to provide the image that is at issue

18   in this lawsuit?

19   A   You're asking me whether I knew that

20   eater had asked Ariete to provide the

21   photographs and I don't know.

22   Q   Okay.

23   A   But it does appear that they used the

24   photograph.

25   Q   Who?

1     A    Ariete.

2     Q    It does appear that Ariete used the

3  photograph, that is correct.

4          If you go back to Exhibit 1 which is

5  the complaint at issue in this lawsuit.  You

6  have that in front of you.

7          Do you want to help him, James?

8          MR. FREEMAN:  Yup.

9     Q    And if you go to the last page which

10 is the use of the photograph by eater.com, do

11 you see under the photograph where it says,

12 "Grilled oysters from Ariete"?

13    A    Yeah, I think so.

14    Q    Do you see any photo credit there?

15    A    Yeah, this is reproduced very small

16 but I think it says something about Facebook

17 as -- I could almost need a magnifying glass to

18 read that.  But it says it does say Facebook.

19    Q    Before that, I will represent that it

20 says Ariete/Facebook.

21    A    So that would tend to indicate that

22 they're claiming that they got it from Ariete's

23 Facebook page.

24    Q    Okay.

25         MS. STROM:  Can I mark as Exhibit 11

1       a document that was produced by
2       plaintiff's counsel but not production
3       numbered.  It is three pages long and at
4       the top says, "Gmail forwarding photos of
5       Ariete/four."
6            (Defendant's Exhibit 11, E-mails,
7       marked for identification.)
8       Q    Mr. Wisser, have you ever seen this
9  document before?
10      A    Well, I've seen this separate, this
11 appears to have two separate E-mails in them
12 and I've seen them both before but not exactly
13 in this form.
14      Q    So let's take it one at a time.  At
15 the very, very top it says, "Bill Wisser
16 Bill@BillWisserphoto.com to Richard Liebowitz
17 RL@Liebowitzlawfirm.com."
18      A    Right.
19      Q    Is that an E-mail that you sent to
20 Richard Liebowitz?
21      A    Exactly.
22      Q    You said before Richard Liebowitz is
23 one of your attorneys on this?
24      A    Correct.
25      Q    You sent, it was sent Friday July 19,

```
1
2
3                C E R T I F I C A T E
4

5    STATE OF New York)
                              :ss
6    COUNTY OF RICHMOND)

7

8       I, RITA M. PERSICHETTY, a Notary Public within
9    and for the State of New York, do hereby certify:
10      That WILLIAM WISSER, the witness whose
11   deposition is hereinbefore set forth, was duly sworn
12   by me and that such deposition is a true record of
13   the testimony given by such witness.
14      I further certify that I am not related to any
15   of the parties to this action by blood or marriage;
16   and that I am in no way interested in the outcome of
17   this matter.
18      IN WITNESS WHEREOF, I have hereunto set my hand
19   this 19th day of August, 2019.
20
21          _Rita M. Persichetty_
                  RITA M. PERSICHETTY
22
23
24
25
```