# Exhibit B

| | |
|---|---|
| **From:** | James Freeman <jf@liebowitzlawfirm.com> |
| **Sent:** | Tuesday, August 20, 2019 8:57 AM |
| **To:** | Strom, Rachel |
| **Cc:** | Richard Liebowitz; Kalinowski, Caesar |
| **Subject:** | Re: Wisser |

**[EXTERNAL]**

Counsel:

Please let me know what time today works for you.

Best,

James

On Thu, Aug 15, 2019 at 4:02 PM Strom, Rachel <RachelStrom@dwt.com> wrote:

> James and Richard,
>
> Can you let me know when you are available for a meet and confer with me and Caesar to discuss the interrogatory issue that came up today.
>
> We plan on moving for sanctions, but we have to meet and confer first.
>
> Thank you.
>
> **Rachel Strom** | Davis Wright Tremaine LLP
> 1251 Avenue of the Americas, 21st Floor | New York, NY 10020
> Tel: (212) 402-4069 | Fax: (212) 379-5244
> Email: rachelstrom@dwt.com | Website: www.dwt.com
>
> Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

1