# EXHIBIT B

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18-cv-10361-ALC-BCM

| | |
|---|---|
| Babcock v. Vox Media, Inc. | Date Filed: 11/07/2018 |
| Assigned to: Judge Andrew L. Carter, Jr | Date Terminated: 05/01/2019 |
| Referred to: Magistrate Judge Barbara C. Moses | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Aaron Babcock**         represented by   **Joseph Anthony Dunne**
SRIPLAW, PLLC
125 Maiden Lane
Suite 5c
New York, NY 10038
929-200-8446
Fax: 561-404-4353
Email: joedunnelaw@gmail.com
*TERMINATED: 01/15/2019*
*LEAD ATTORNEY*

**Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**        represented by   **Amanda Brooke Levine**
*TERMINATED: 06/03/2019*                       Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, NY 10020
212-489-8230
Email: amandalevine@dwt.com
*ATTORNEY TO BE NOTICED*

**Rachel Fan Stern Strom**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212)-489-4069
Fax: (212)-489-8340

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18-cv-11698-AT-GWG

Chevrestt v. Vox Media, Inc.  
Assigned to: Judge Analisa Torres  
Referred to: Magistrate Judge Gabriel W. Gorenstein  
Cause: 17:101 Copyright Infringement  

Date Filed: 12/13/2018  
Date Terminated: 07/01/2019  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question  

**Plaintiff**

**Angel Chevrestt**     represented by     **Richard Liebowitz**  
Liebowitz Law Firm, PLLC  
11 Sunrise Plaza, Suite 301  
Suite 305  
Valleystream, NY 11580  
516-233-1660  
Email: RL@LiebowitzLawFirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**     represented by     **Adam Michael Lazier**  
Davis Wright Tremaine LLP (NYC)  
1251 Avenue of the Americas  
New York, NY 10020  
(212)-489-8230  
Fax: (212)-489-8340  
Email: adamlazier@dwt.com  
*ATTORNEY TO BE NOTICED*

**James H. Freeman**  
Liebowitz Law Firm, PLLC  
11 Sunrise Plaza #305  
Valley Stream, NY 11580  
(516) 233-1660  
Fax: (516) 612-2740  
Email: jf@liebowitzlawfirm.com  
*ATTORNEY TO BE NOTICED*

**Rachel Fan Stern Strom**  
Davis Wright Tremaine LLP (NYC)  
1251 Avenue of the Americas  
New York, NY 10020  
(212)-489-4069  
Fax: (212)-489-8340  
Email: rachelstrom@dwt.com  
*ATTORNEY TO BE NOTICED*

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:16-cv-04064-AT

| | |
|---|---|
| Hirsch v. Vox Media, Inc. | Date Filed: 06/01/2016 |
| Assigned to: Judge Analisa Torres | Date Terminated: 07/20/2016 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

Steven Hirsch      represented by   Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**
*TERMINATED: 07/21/2016*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2016 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-12365066)Document filed by Steven Hirsch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 06/01/2016) |
| 06/01/2016 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 Complaint. Document filed by Steven Hirsch. (Liebowitz, Richard) (Entered: 06/01/2016) |
| 06/01/2016 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 06/01/2016) |
| 06/01/2016 | 4 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Liebowitz, Richard) (Entered: 06/01/2016) |
| 06/01/2016 | 5 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** COMPLAINT against Vox Media, Inc.. Document filed by Steven Hirsch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) Modified on 6/2/2016 (rch). (Entered: 06/01/2016) |
| 06/02/2016 | 6 | ELECTRONIC SUMMONS ISSUED as to Vox Media, Inc.. (rch) (Entered: 06/02/2016) |
| 06/02/2016 | 7 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-08062-NRB

| | |
|---|---|
| Kmonicek v. Vox Media, Inc. | Date Filed: 09/04/2018 |
| Assigned to: Judge Naomi Reice Buchwald | Date Terminated: 12/05/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kathy Kmonicek**      represented by    **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**      represented by    **Rachel Fan Stern Strom**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212)-489-4069
Fax: (212)-489-8340
Email: rachelstrom@dwt.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2018 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-15527871)Document filed by Kathy Kmonicek. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Liebowitz, Richard) (Entered: 09/04/2018) |
| 09/04/2018 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 Complaint. Document filed by Kathy Kmonicek. (Liebowitz, Richard) (Entered: 09/04/2018) |
| 09/04/2018 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 09/04/2018) |
| 09/04/2018 | 4 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Liebowitz, Richard) (Entered: 09/04/2018) |
| 09/05/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Naomi Reice Buchwald. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. |

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:16-cv-08484-ALC-RLE

| | |
|---|---|
| Masi v. Vox Media, Inc. | Date Filed: 11/01/2016 |
| Assigned to: Judge Andrew L. Carter, Jr | Date Terminated: 03/01/2017 |
| Referred to: Magistrate Judge Ronald L. Ellis | Jury Demand: Both |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Alessandro Masi**     represented by     **Yekaterina Tsyvkin**
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(347)-405-2871
Email: kt@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

**Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**     represented by     **Rachel Fan Stern Strom**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212)-489-4069
Fax: (212)-489-8340
Email: rachelstrom@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2016 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-12935587)Document filed by Alessandro Masi. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 11/01/2016) |
| 11/01/2016 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 Complaint. Document filed by Alessandro Masi. (Liebowitz, Richard) (Entered: 11/01/2016) |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-05702-AT

| | |
|---|---|
| Messerschmidt v. Vox Media, Inc. | Date Filed: 06/22/2018 |
| Assigned to: Judge Analisa Torres | Date Terminated: 07/30/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**James Messerschmidt**     represented by     **Joseph Anthony Dunne**
SRIPLAW, PLLC
125 Maiden Lane
Suite 5c
New York, NY 10038
929-200-8446
Fax: 561-404-4353
Email: jd@liebowitzlawfirm.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**
*TERMINATED: 07/30/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2018 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-15238781)Document filed by James Messerschmidt. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dunne, Joseph) (Entered: 06/22/2018) |
| 06/22/2018 | 2 | CIVIL COVER SHEET filed. (Dunne, Joseph) (Entered: 06/22/2018) |
| 06/22/2018 | 3 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Dunne, Joseph) (Entered: 06/22/2018) |
| 06/22/2018 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 Complaint. Document filed by James Messerschmidt. (Dunne, Joseph) (Entered: 06/22/2018) |
| 06/25/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Analisa Torres. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 06/25/2018) |
| 06/25/2018 | | Magistrate Judge Henry B. Pitman is so designated. Pursuant to 28 U.S.C. Section 636(c) |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:16-cv-07195-JMF

Sands v. Vox Media, Inc.  
Assigned to: Judge Jesse M. Furman  
Cause: 17:101 Copyright Infringement  

Date Filed: 09/15/2016  
Date Terminated: 09/27/2016  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question  

**Plaintiff**

**Steve Sands**      represented by **Richard Liebowitz**  
Liebowitz Law Firm, PLLC  
11 Sunrise Plaza, Suite 301  
Suite 305  
Valleystream, NY 11580  
516-233-1660  
Email: RL@LiebowitzLawFirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2016 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-12760191)Document filed by Steve Sands. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 09/15/2016) |
| 09/15/2016 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 Complaint. Document filed by Steve Sands. (Liebowitz, Richard) (Entered: 09/15/2016) |
| 09/15/2016 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 09/15/2016) |
| 09/15/2016 | 4 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Liebowitz, Richard) (Entered: 09/15/2016) |
| 09/16/2016 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Jesse M. Furman. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 09/16/2016) |
| 09/16/2016 |  | Magistrate Judge Sarah Netburn is so designated. (pc) (Entered: 09/16/2016) |
| 09/16/2016 |  | Case Designated ECF. (pc) (Entered: 09/16/2016) |

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18-cv-07096-RA

| | |
|---|---|
| Stross v. Vox Media, Inc. et al | Date Filed: 08/07/2018 |
| Assigned to: Judge Ronnie Abrams | Date Terminated: 12/11/2018 |
| Cause: 17:501 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Alexander Stross**    represented by    **Robert Terry Parker**
Rath Young Pignatelli, PC
One Capital Plaza
Concord, NH 03302
(603)-226-2600
Fax: (603)-226-2700
Email: rtp@rathlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**    represented by    **Meredith Ivana Santana**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212)-603-6417
Fax: (212)-489-8340
Email: meredithsantana@dwt.com
*ATTORNEY TO BE NOTICED*

**Rachel Fan Stern Strom**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212)-489-4069
Fax: (212)-489-8340
Email: rachelstrom@dwt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2018 | 1 | COMPLAINT against Does 1-10, Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-15418697)Document filed by Alexander Stross. (Attachments: # 1 Exhibit A - |

CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-01349-GHW

| | |
|---|---|
| Wisser v. Vox Media, Inc. | Date Filed: 02/15/2018 |
| Assigned to: Judge Gregory H. Woods | Date Terminated: 04/11/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bill Wisser**     represented by     **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vox Media, Inc.**     represented by     **Rachel Fan Stern Strom**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212)-489-4069
Fax: (212)-489-8340
Email: rachelstrom@dwt.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2018 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-14703223)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 02/15/2018) |
| 02/15/2018 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 02/15/2018) |
| 02/15/2018 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 02/15/2018) |
| 02/16/2018 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright - Notice of Submission by Attorney found under the event list Other Documents. (pne)** (Entered: 02/16/2018) |
| 02/16/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Gregory H. Woods. Please download and review the Individual Practices |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19-cv-01445-LGS

| | |
|---|---|
| Wisser v. Vox Media, Inc. | Date Filed: 02/14/2019 |
| Assigned to: Judge Lorna G. Schofield | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Bill Wisser** | represented by | **Richard Liebowitz**<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 301<br>Suite 305<br>Valleystream, NY 11580<br>516-233-1660<br>Email: RL@LiebowitzLawFirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Vox Media, Inc.** | represented by | **Caesar D. Kalinowski**<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104-1610<br>206-622-3150<br>Email: caesarkalinowski@dwt.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachel Fan Stern Strom**<br>Davis Wright Tremaine LLP (NYC)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212)-489-4069<br>Fax: (212)-489-8340<br>Email: rachelstrom@dwt.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2019 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC-16354470)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 02/14/2019) |
| 02/14/2019 | 2 | **FILING ERROR - DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 |