# EXHIBIT E



CONFIDENTIAL VM_000025



---------- Forwarded message ---------
From: **JennyLee Molina** <jennylee@jl-pr.com>
Date: Tue, Jan 12, 2016 at 5:17 PM
Subject: Invitation: Ariete's Media Tasting this Sunday
To: Olee Fowler <olee@eater.com>

Hello Olee,

I am very happy to announce that Ariete will be opening this Friday, 1/15 after much anticipation.

Attached please find the press release with more information as well as their menu.

Let me know if you can make it to Ariete's media tasting this Sunday night. If not, I'm happy to accommodate you for dinner with a guest at your convenience.



Thank you!
JennyLee Molina
*Chief Creative Officer*



3250 NE 1st Ave. Suite #305 // Miami, FL 33137 // M: 786.975.9596  // www.jl-pr.com  // Get on the list!



--
**Miriam Nissly |** Assistant General Counsel
(202) 991-7618

2

Washington, DC 20036



Vox Media is The Verge, Vox, SB Nation, Polygon, Eater, Curbed, and Recode.

Introducing Recode by Vox! Recode and Vox have joined forces to bring some of today's most trusted voices reporting on Silicon Valley to Vox's growing and deeply curious audience. Read more here.

3

VM_000028

FOR IMMEDIATE RELEASE

Media Contact:
JLPR | JennyLee Molina
(786) 975-9596 | jennylee@jl-pr.com



## Ariete, a New-American, Ingredients-Driven Neighborhood Restaurant Opening January 15 in Coconut Grove
*Former Cypress Room Sous Chef Michael Beltran and Sidebar Owner Jason Odio Join Forces to Bring Something Different to the Table*

**Miami, FL (January 11, 2015)** – 2016 promises to be a big year for Coconut Grove's dining scene with the debut of Ariete on Friday, January 15, 2015 a new-American neighborhood eatery from high school friends former Cypress Room sous chef Michael Beltran and Brickell hotspot Sidebar owner Jason Odio. Dishing out progressive fare in tandem with the seasons in an unpretentious atmosphere, Ariete's ever-changing menu will be built around the restaurant's wood-grill. Inhabiting the former La Bottega space, the 80-seat bi-level space, with interiors designed by Cy Davis boasts an open floor plan and kitchen. Their outdoor north terrace is expected to open later this year, bringing them to 150-seats, just in time for fall weather in the tropics. Ariete's legendary Coconut Grove downstairs wine cellar for intimate dining will surely be a guest favorite. Special focus will be placed on delivering an upscale yet casual service experience, and ushering Miami's next generation of eaters.

"Everything from the playlist we've curated to the contemporary country style décor to the execution of the food represents people our age. The people who will experiment a little more and try different things," says executive chef Michael Beltran, who prior to going solo toiled under the tutelage of Roel Alcudia at Michael Schwartz's Cypress Room and with Norman Van Aken at Tuyo and Norman's. ""The idea isn't to reinvent the wheel but to combine new American ideals with the creativity and techniques I learned from chef Norman in order to take simple and straightforward dishes to the next level."

To achieve this, Beltran's curing charcuterie in house, making everything from headcheese, terrines, pickles and mustard in house, and cooking up items like grilled oysters doused in bone marrow butter or venison with Lake Meadows eggs for a real rare take on a tartare. Foie gras devotees will have their taste buds swept away with Beltran's rendition that merges sour orange vinegar, Temptation caramel, ember roasted plantains and cacao nibs with the delicate fatty liver. In addition to snacks and appetizers, entrees currently feature a local fish with fennel, white beans, and herb nage; a half wood grilled chicken with local vegetables and salsa verde; zucchini and seasonal vegetable wild rice with chicken livers and heirloom tomatoes; smoked pork chop with delicata squash and farro; oxtail tortellini with wild mushrooms; and a gourmet double patty burger. Those with big appetites can satiate their needs with one of two house specialties meant for sharing – a rotating beef for two

VM_000029

(porterhouse, cowboy, double bone in ribeye) always done Bernaise style with red pepper beef jus or the day's oceanic catch cooked whole and served with salsa escabeche. Blackboard specials will be offered and change daily, giving Beltran and his team an opportunity to have fun with what's fresh and in season.

Dessert at Ariete will be anything but an afterthought with pastry chef and Hedy Goldsmith protégé (she worked with the queen of sugar for three years at Michael's Genuine) Dallas Wynne baking up a saccharine storm; items like sour orange doughnuts with wood grilled pineapple marmalade and seasonal pies with house made ice cream depending on what's ripe. With strawberry season in full swing, diners can expect that to be the pie to kick things off.

"Things are coming full circle not only for me but for the neighborhood," says partner and Grovite Jason Odio, whose father once owned a fish shack a few blocks away on McFarlane Road and grew up in Coconut Grove. "The Grove was home and it's really exciting not only to witness its resurgence but to be part of it with a lifelong friend."

American wines that complement the comestibles will be another focus of Ariete. "With a great wine cellar comes great responsibility so we want to have as many great American wines as possible," says Odio. "Stuff that you might not have necessarily been tried or even been exposed to before." There will also be a craft beer selection and a handful of handcrafted classic cocktails with one or two seasonal libations to mix things up.

A gigantic art installation of a sledgehammer across from the kitchen at the restaurant's heart embodies the duo's interpretation of the meaning of Ariete, which is Latin for "battering ram." One of a few art pieces and elements adding modern flare to the homey and farmhouse kitchen interior designed by Cy Davis, it symbolizes breaking old paradigms to create something original.

Ariete will be open for dinner nightly from 6 to 11, until midnight T-Sun with lunch and brunch to follow within a couple of months. Though the brunch menu is still very much in the works, Beltran and Wynne are working on making it extra sweet. "Brunch is the one day you don't hold back and indulge," says Beltran or Wynne. "We want to make it a nostalgic and unique experience. Think spiked floats and three tier brunch towers where you've got croissants and breads and cheese sandwiches on the bottom, our house made charcuterie and pates in the middle, and sweet up at the top for, well, a sweet ending."

For more information visit www.arietemiami.com or call 305-640-5862. For reservations, e-mail reservations@arietemiami.com.

Facebook: www.facebook.com/arietemiami
Twitter / Instagram: @arietemiami

###



VM_000030



### Snacks
**Parkerhouse Rolls** – 5
**Salt and Vinegar Cracklings** – 5
**Fried Majua** – old bay, lemon – 5
**Chicken Liver Mousse** – toast, red pepper jelly – 2 ea.
**Radish** – nori & trout roe butter – 6
**Tuna Conserva** – calabrian chilies, grilled bread – 10
**Grilled Oyster** – bone marrow butter – 4.5

### Appetizers
**Burrata**
local heirloom tomatoes, basil, evoo – 14
**"Green salad"**
salad changes depending on farm availability – mkt
**Tartare**
venison, lake meadows egg , espellette – 18
**Foie Gras**
sour orange vinegar, temptation caramel, ember roasted plantains, cocoa nibs – 22/36
**Local Fish Crudo**
seasonal accoutrements – 16

| Housemade |
|---|
|  |

### Entrees
**Local Fish**
fennel, heirloom beans, herb nage – 22
**Tortellini**
oxtail, wild mushrooms, parmesan – 25
**Smoked Pork Chop**
delicata squash, farro, natural jus – 24
**Grilled Short Rib**
shaved vegetable caesar, red pepper beef jus – 25
**Half Wood Grilled Chicken**
green circle chicken, local vegetables, salsa verde – 22
**Zucchini**
seasonal vegetables, wild rice, chicken livers, heirloom tomatoes – 20

### House specialties
**32oz Porterhouse**
béarnaise, red pepper beef jus – 72
**Whole Fish**
salsa escabeche – mkt

### Sides
**Market Vegetable** – 8

**Jerk Calabaza** – Bacon Vinaigrette –

**Potatoes Aligot** – 7

**House Fries** – 7

"A genuine man goes to the roots. To be a radical is no more than that: to go to the roots."
Jose Marti