# EXHIBIT F

| | |
|---|---|
| From: | JennyLee Molina <jennylee@jl-pr.com> |
| To: | Olee Fowler |
| Sent: | 4/16/2016 6:41:16 PM |
| Subject: | Ariete's Amazing Brunch |
| Attachments: | 12717338_10208338413515602_921620776861018407_n.jpg; 12717523_10208338554439125_7076141902808640850_n.jpg; 12744397_10208338453996614_3038408476668001018_n.jpg; 12805657_1561124140881940_1436184047477511099_n.jpg; Ariete-1-2.jpg; Ariete-2-2.jpg; Brunch Menu, BACK.pdf; Brunch Menu, FRONT.pdf; Untitled attachment 00379.htm; Untitled attachment 00382.htm; Untitled attachment 00385.htm; Untitled attachment 00388.htm; Untitled attachment 00391.htm; Untitled attachment 00394.htm; Untitled attachment 00397.htm; Untitled attachment 00400.htm |

Hi Olee,

Happy Saturday! I would love to set you up to try brunch at Ariete whenever you'd like. I'm sure you have plans tomorrow already but let me know which Sunday is good for you. The McChug and the Frita Eggs Benedict is out of this world. And the sweets, just scroll down. 😋

You can view the complete menu here: http://www.arietemiami.com/menu/ (Attached as well.)

Please consider their brunch in your next Best Miami Brunch round up. 🙌

**Mc Chug:**
by Chef Michael Beltran. Hunter sausage, fried egg, American cheese, maple bread and foie double down.



VOX_000033





VOX_000035



VOX_000036



VOX_000037



| | |
|---|---|
| From: | Olee Fowler <olee@eater.com> |
| To: | JennyLee Molina |
| Sent: | 4/24/2019 5:36:07 PM |
| Subject: | Fwd: Invitation: Ariete's Media Tasting this Sunday |

Dear JennyLee --

I'm reaching out because Vox Media is currently in a copyright dispute regarding our inclusion of a photograph of your restaurant in one of our articles (the photo is available here: https://www.facebook.com/arietemiami/photos/a.1524443794549975/1584787355182285/?type=3&theater).  I was wondering whether this picture was included in the initial press release that announced Ariete's opening?  While I have a copy of the press release, the Dropbox link to the image contained in the release no longer works.

Thanks,

Olee

**Olee Fowler** | Editor, Eater Miami
Follow Eater on Twitter / Facebook / Instagram

Eater is part of Vox Media, home of SB Nation,
Vox, The Verge, Polygon, Curbed, and Recode

Visit the Eater Travel hub, Eater's brand new guide to the whole world.

---------- Forwarded message ---------
From: **JennyLee Molina** <jennylee@jl-pr.com>
Date: Tue, Jan 19, 2016 at 1:34 PM
Subject: Re: Invitation: Ariete's Media Tasting this Sunday
To: Olee Fowler <olee@eater.com>
Cc: JLPR RSVP <rsvp@jl-pr.com>

Hi! So sorry! Thought I had sent earlier in response to your email but don't see it in my sent. Please feel free to take your pick.

https://www.dropbox.com/sh/1whhbw12d2hx0yr/AAAkY2KdfAnfMtC61F1HuuVua?dl=0

Thank you!

JennyLee

@JLPR // @jennyleeisme
3250 NE 1st Avenue, #305
Miami, FL 33137

M: 786.975.9596

On Jan 19, 2016, at 12:41 PM, Olee Fowler <olee@eater.com> wrote:

Hey -- post is written and uploaded. Just waiting on a picture. Not much online and the UD pics are too small. LMK if you have any.

On Tue, Jan 19, 2016 at 11:40 AM, Olee Fowler <olee@eater.com> wrote:
Hey -- what's the status on images?

On Tue, Jan 12, 2016 at 5:41 PM, JennyLee Molina <jennylee@jl-pr.com> wrote:
Hello friends,

I hope your year is off to a great start!

We are very happy to announce that Ariete will be opening this Friday, 1/15 after much anticipation. Attached please find our official announcement press release with more information as well as their exquisite menu.

We would love for you to join us this Sunday evening for their media tasting. If you're not available this Sunday, I'm happy to accommodate you for dinner with a guest at your convenience.

<Ariete Media Tasting Invitation.png>

Thank you!



JennyLee Molina
Chief Creative Officer



3250 NE 1st Ave. Suite #305 // Miami, FL 33137 // M: 786.975.9596 // www.jl-pr.com // Get on the list!

--

Olee Fowler | Editor, Eater Miami | miami.eater.com
@



Eater is part of Vox Media, home of Vox.com, The Verge, SB Nation, Polygon, Curbed, Racked, and Re/code

--

Olee Fowler | Editor, Eater Miami | miami.eater.com
@

Eater is part of Vox Media, home of Vox.com,
The Verge, SB Nation, Polygon, Curbed, Racked, and Re/code

| | |
|---|---|
| From: | JennyLee Molina <jennylee@jlpr.com> |
| To: | Olee Fowler |
| Sent: | 4/30/2019 9:52:14 AM |
| Subject: | Re: Invitation: Ariete's Media Tasting this Sunday |

Of course!

Jason Odio
+1 (786) 306-6637
jasonodio@gmail.com

Can you send me the picture? I can research.

On Tue, Apr 30, 2019 at 9:48 AM Olee Fowler <olee@eater.com> wrote:
Hey! Can you send over his info? I thought I had it but doesn't look like I do.

Thanks!

Olee Fowler | Editor, Eater Miami
Follow Eater on Twitter / Facebook / Instagram



Eater is part of Vox Media, home of SB Nation, Vox, The Verge, Polygon, Curbed, and Recode

Visit the Eater Travel hub, Eater's brand new guide to the whole world.

On Thu, Apr 25, 2019 at 9:36 AM JennyLee Molina <jennylee@jlpr.com> wrote:
Hi, when I click on the photo it takes me to the Ariete Facebook page but not to a particularly picture. I can confirm who took the photo and connect you with Jason Odio who either took the photo or hired someone to take the photo which were the ones I was provided with. Let me know how I can help resolve this.

On Thu, Apr 25, 2019 at 9:27 AM Olee Fowler <olee@eater.com> wrote:

Dear JennyLee --


I'm reaching out because Vox Media is currently in a copyright dispute regarding our inclusion of a photograph of your restaurant in one of our articles (the photo is available here: https://www.facebook.com/arietemiami/photos/a.1524443794549975/1584787355182285/?type=3&theater).  I was wondering whether this picture was included in the initial press release that announced Ariete's opening?  While I have a copy of the press release, the Dropbox link to the image contained in the release no longer works.


Thanks,

Olee

Olee Fowler | Editor, Eater Miami
Follow Eater on Twitter / Facebook / Instagram



Eater is part of Vox Media, home of SB Nation,
Vox, The Verge, Polygon, Curbed, and Recode

Visit the Eater Travel hub, Eater's brand new guide to the whole world.

---------- Forwarded message ---------
From: **JennyLee Molina** <jennylee@jl-pr.com>
Date: Tue, Jan 19, 2016 at 1:34 PM
Subject: Re: Invitation: Ariete's Media Tasting this Sunday
To: Olee Fowler <olee@eater.com>
Cc: JLPR RSVP <rsvp@jl-pr.com>

Hi! So sorry! Thought I had sent earlier in response to your email but don't see it in my sent. Please feel free to take your pick.

https://www.dropbox.com/sh/1whhbw12d2hx0yr/AAAkY2KdfAnfMtC61F1HuuVua?dl=0

Thank you!

JennyLee

@JLPR // @jennyleeisme
3250 NE 1st Avenue, #305
Miami, FL 33137
M: 786.975.9596

On Jan 19, 2016, at 12:41 PM, Olee Fowler <olee@eater.com> wrote:

Hey -- post is written and uploaded. Just waiting on a picture. Not much online and the UD pics are too small. LMK if you have any.

On Tue, Jan 19, 2016 at 11:40 AM, Olee Fowler <olee@eater.com> wrote:
Hey -- what's the status on images?

On Tue, Jan 12, 2016 at 5:41 PM, JennyLee Molina <jennylee@jl-pr.com> wrote:
Hello friends,

I hope your year is off to a great start!

We are very happy to announce that Ariete will be opening this Friday, 1/15 after much anticipation. Attached please find our official announcement press release with more information as well as their exquisite menu.

We would love for you to join us this Sunday evening for their media tasting. If you're not available this Sunday, I'm happy to accommodate you for dinner with a guest at your convenience.

<Ariete Media Tasting Invitation.png>

Thank you!

JennyLee Molina
Chief Creative Officer



3250 NE 1st Ave. Suite #305 // Miami, FL 33137 // M: 786.975.9596 // www.jl-pr.com // Get on the list!



--

Olee Fowler | Editor, Eater Miami | miami.eater.com
@

# EATER

Eater is part of Vox Media, home of Vox.com,
The Verge, SB Nation, Polygon, Curbed, Racked, and Re/code

--

Olee Fowler | Editor, Eater Miami | miami.eater.com
@

# EATER

Eater is part of Vox Media, home of Vox.com,
The Verge, SB Nation, Polygon, Curbed, Racked, and Re/code

--

    JennyLee Molina, Principal
       | p. 786.975.9596
       | w. jlpr.com  e. jennylee@jlpr.com
       | a. 1549 SW 8th Street, Miami, FL 33135



Miami New Time's Best Of Miami Winner 2016
Biz Bash PR Professional of the Year 2013

--



Jennylee Molina, Principal
p. 786.975.9596
w. jlpr.com  e. jennylee@jlpr.com
a. 1549 SW 8th Street, Miami, FL 33135

Miami New Time's Best Of Miami Winner 2016
Biz Bash PR Professional of the Year 2013

VOX_000055