# EXHIBIT I



**BW_001**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-067-039**

Effective Date of Registration:
July 25, 2017

## Title

    **Title of Work:**  Group Registration of Published Photographs - William Wisser; 2016 Photos; all published 1/12/16-12/31/16; 723 Photos

    **Content Title:**  02pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
03pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
04pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
05pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
06pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
07pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
08pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
09pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
10pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
11pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
12pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
13pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
14pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
15pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
16pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
17pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
18pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
19pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
21pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
22pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
23pisco-y-nazca-miami-new-times-billwisserphoto.com.jpg
cafe1-2-8faffcc4c0ea8fd6.jpg
cafe1-3-588a6d59326298a0.jpg
cafe1-4-38c60af2d740d16b.jpg; 1/12/16

12543100_1771207649777892_142942375_n.jpg; 1/13/16

01-marion-miami-new-times-billwisserphoto.com.jpg
04-marion-miami-new-times-billwisserphoto.com.jpg
06-marion-miami-new-times-billwisserphoto.com.jpg
07-marion-miami-new-times-billwisserphoto.com.jpg
08-marion-miami-new-times-billwisserphoto.com.jpg
09-marion-miami-new-times-billwisserphoto.com.jpg
10-marion-miami-new-times-billwisserphoto.com.jpg
11-marion-miami-new-times-billwisserphoto.com.jpg
12-marion-miami-new-times-billwisserphoto.com.jpg
13-marion-miami-new-times-billwisserphoto.com.jpg
14-marion-miami-new-times-billwisserphoto.com.jpg
15-marion-miami-new-times-billwisserphoto.com.jpg
18-marion-miami-new-times-billwisserphoto.com.jpg

## Completion/Publication

       Year of Completion: 2016
   Date of 1st Publication: January 12, 2016
 Nation of 1st Publication: United States

## Author

             • Author: William Wisser
     Author Created: photograph
  Work made for hire: No
        Domiciled in: United States

## Copyright Claimant

   Copyright Claimant: William Wisser
                       565 NW 44th Street, Miami, FL, 33127, United States

## Certification

         Name: richard Liebowitz
          Date: July 25, 2017



BW_018



TWEET   SHARE

## 10. Ariete

3540 Main Hwy  
Coconut Grove, FL 33133

(305) 640-5862  
Visit Website

Ariete's popular bone marrow butter topped grilled oysters ring in for just a buck during its happy hour from 4 to 7 p.m. every Tuesday through Sunday.



Grilled oysters from Ariete | Ariete/Facebook

OPEN IN GOOGLE MAPS    BOOK ON OPENTABLE    FOURSQUARE

ALSO FEATURED IN:

MORE MAPS

Map data ©2019 Google   Terms of Use   Report a map error

BW_024

WIKIPEDIA

# Vox Media

| | Vox Media, Inc. |
|---|---|
| | **VOX MEDIA** |
| **Formerly** | SportsBlogs Inc. (2005–2011) |
| **Type** | Private |
| **Industry** | Digital media |
| **Founded** | 2005 |
| **Founders** | Jerome Armstrong<br>Tyler Bleszinski<br>Markos Moulitsas |
| **Headquarters** | Washington, D.C., U.S. |
| **Key people** | Jim Bankoff (chairman, CEO)<br>Marty Moe (president)<br>Trei Brundrett (COO)[1] |
| **Brands** | *The Verge* · *Vox* · *SB Nation* · *Eater* · *Polygon* · *Curbed* |
| **Website** | voxmedia.com (https://www.voxmedia.com/) |

**Vox Media, Inc.** is an American digital media company based in Washington, D.C. and New York City.[2] The company was founded in July 2005 as SportsBlogs Inc. by Jerome Armstrong, Tyler Bleszinski, and Markos Moulitsas, and was rebranded as Vox Media in 2011. The company operates additional offices in San Francisco, Chicago, Los Angeles, Austin, and London. In June 2010, the network featured over 300 sites with over 400 paid writers.[3] In September 2018, Comscore ranked Vox Media as the 30th-most popular media company among users from the United States.[4]

Vox Media owns six editorial brands—*The Verge*, *Vox*, *SB Nation*, *Eater*, *Polygon*, and *Curbed*—as well as, formerly, *Racked* and *Recode*. Vox Media's brands are built on Concert, a publisher-led market place for advertising, and Chorus, its proprietary content management system.[5] The company's lines of business include the publishing platform Chorus, Concert, Vox Creative, Vox Entertainment, and the Vox Media Podcast Network.

## Contents

**History**
    Founding and expansion in sports media
    Continued growth and expansion into other content areas
    Employment and labor
**Funding**
**Properties**
    *SB Nation*
    *The Verge*
    *Vox*
    *Polygon*
    *Curbed*
    *Eater*
    Former
        *Racked*
        *Recode*
**Businesses**
    Chorus
    Concert
    Vox Creative
    Vox Entertainment
    Vox Media Podcast Network
**Reception**
**References**
**External links**

# History

### Founding and expansion in sports media

Vox Media was founded in 2005 as SportsBlogs Inc., the parent company of the sports blog network SB Nation, by political strategist Jerome Armstrong, freelance writer Tyler Bleszinski, and Markos Moulitsas (creator of Daily Kos).[3] The site was a spin-off and expansion of Tyler Bleszinski's Oakland Athletics blog *Athletics Nation*, which sought to provide coverage of the team from a fan's perspective. The popularity of the site led to other sports blogs being incorporated.[6]

In 2008, SB Nation hired former AOL executive Jim Bankoff as CEO to assist in its growth. He showed interest in *SB Nation*'s goal of building a network of niche-oriented sports websites.[6][7] As of February 2009, the *SB Nation* network contained 185 blogs, and in November 2010, ComScore estimated that the site had attracted 5.8 million unique visitors. The 208 percent increase in unique visitors over November 2009 made *SB Nation* the fastest-growing sports website the company tracked at the time.[8]

### Continued growth and expansion into other content areas

In 2011, Bankoff hired a number of former writers from AOL's technology blog Engadget, including former editor-in-chief Joshua Topolsky, to build a new technology-oriented website.[6] They had originally left AOL following a series of conflicts between Topolsky and Michael Arrington, author of TechCrunch (which AOL had recently acquired), and the leak of an internal training document that outlined a content strategy for AOL's blogs that prioritized profitability. Bankoff felt that a technology-oriented website would complement *SB Nation* due to their overlapping demographics.[7] In November, the renamed Vox Media officially launched The Verge, with Topolsky as editor-in-chief.[7][9]

In 2012, Vox Media launched a video gaming website, Polygon, led by former Joystiq editor Christopher Grant.[10] In November 2013, Vox Media acquired Curbed Network, which consisted of the real-estate blog network Curbed, the food blog Eater, and the fashion blog *Racked*.[11]

In April 2014, the company launched a news website, Vox. Led by former Washington Post columnist Ezra Klein, Melissa Bell and Matthew Yglesias, *Vox* was positioned as a general interest news service with a focus on providing additional context to recurring subjects within its articles.[12][13][14]

In May 2015, Vox Media acquired Recode, a technology industry news website that was founded by Walt Mossberg and Kara Swisher, the former editors of The Wall Street Journal's All Things Digital.[15]

On May 30, 2017, Vox Media announced that it had entered into an agreement to provide technology and advertising sales for Bill Simmons' sports website The Ringer, as part of a revenue sharing agreement.[16]

On April 15, 2019, Vox Media acquired magazine Epic, which would become part of a new division called Vox Media Studios, which had also absorbed Vox Entertainment and the Vox Media Podcast Network.[17]

### Employment and labor

In January 2018, Vox Media agreed to recognize a labor union being formed by its editorial staff with the Writers Guild of America, East.[18]

On February 21, 2018, it was reported that Vox Media would be laying off around 50 employees, particularly surrounding video production. CEO Jim Bankoff stated previously that the company planned to exit native video for Facebook due to "unreliable monetization and promotion". The memo announcing the layoffs argued that despite its success, native video "won't be viable audience or revenue growth drivers for us relative to other investments we are making", and that the company wanted to focus more on podcasting and Vox Entertainment.[19] The layoffs represented around 5% of Vox's workforce.[20]

## Funding

In December 2014, Vox Media raised a US$46.5 million round led by the growth equity firm General Atlantic, estimating the media company's value at around $380 million.[21] Participants in Vox Media's previous rounds include Accel Partners, Comcast Ventures, and Khosla Ventures. Other funders are Allen & Company, Providence Equity Partners, and various angel investors, including Ted Leonsis, Dan Rosensweig, Jeff Weiner, and Brent Jones.[22][23] According to sources, the Series C in May 2012, valued Vox Media at $140 million.[24] A Series D valued the company north of $200 million, raising an additional $40 million.[25][26]

In August 2015, NBCUniversal made a $200 million equity investment in Vox Media, valuing the company at more than $1 billion. Comcast, which owns NBC, additionally already owned 14% of Vox through other subsidiaries.[27]

## Properties

Vox Media is made up of six media brands: *The Verge* (technology, culture, and science), *Vox* (general interest news), *SB Nation* (sports), *Polygon* (gaming), *Eater* (food and nightlife), and *Curbed* (real estate and home).[28]

### SB Nation

*SB Nation* (originally known as *Sports Blog Nation*) is a sports blogging network, founded by Tyler Bleszinski and Markos Moulitsas in 2005. The blog from which the network formed was started by Bleszinski as Athletics Nation in 2003, and focused solely on the Oakland Athletics.[29] It has since expanded to cover sports franchises on a national scale, including all Major League Baseball, National Basketball Association, National Football League, and National Hockey League teams, as well as college and soccer teams, totaling over 300 community sites.[30][31] In 2011, the network expanded into technology content with *The Verge*, leading to the parent company Sports Blogs Inc. being rebranded as Vox Media.[30][32] Vox Media's chief executive, Jim Bankoff, has served as *SB Nation*'s CEO since 2009.[30] The network expanded into radio programming in mid-2016 with SB Nation Radio, in partnership with Gow Media.[33]

### The Verge

*The Verge* is a technology news site, which launched on November 1, 2011; it was originally staffed by former employees of *Engadget*, including former editor Joshua Topolsky and the new site's editor-in-chief Nilay Patel.[34] While Topolsky and his team were developing the new site, a "placeholder" site called *This Is My Next* was created to allow them to continue writing articles and producing podcasts.[35] Topolsky described the site as being an "evolved version of what we [had] been doing [at AOL]."[36][37]

In February 2014, *The Verge* had 7.9 million unique visitors according to ComScore.[38]

### Vox

*Vox* was launched in April 2014; it is a news website that employs explanatory journalism. The site's editor-in-chief is Lauren Williams.

### Polygon

The video game website *Polygon* launched in 2012 as Vox Media's third property, and publishes news, culture, reviews, and videos.[39][40] The site's founding staff included the editors-in-chief of the gaming sites *Joystiq*, *Kotaku* (Brian Crecente), and *The Escapist*.[41] Staff published on *The Verge* as "Vox Games" beginning in February 2012, and launched as *Polygon* in October.[40] The network features long-form journalism that focuses on the people making and playing the games rather than the games alone, and uses a "direct content sponsorship" model of online advertising.[41][42] Christopher Grant serves as the current editor.[43]

### Curbed

*Curbed* is a real-estate and home website that reaches beyond New York City to publish in 32 markets across the U.S. It was founded in 2004 as a side project by Lockhart Steele, managing editor of Gawker Media. *Curbed* became a Vox Media brand when the company acquired its parent company, Curbed Network, in November 2013 for $20–30 million in cash and stock.[44] In addition to the national site, *Curbed* operates local sites for 14 U.S. cities.[45] The editor-in-chief is Kelsey Keith.[45]

### Eater

*Eater* is a food and dining network of sites, offering reviews and news about the restaurant industry. The network was founded by Lockhart Steele and Ben Leventhal in 2005, and originally focused on dining and nightlife in New York City. *Eater* launched a national site in 2009,[46] and covered nearly 20 cities by 2012.[47] Vox Media acquired *Eater*, along with two others comprising the Curbed Network, in late 2013.[48] In 2017, *Eater* had 25 local sites in the United States in Canada, and launched its first international site in London.[49] The site has been recognized four times by the James Beard Foundation Awards.[50][51] *Eater* is led by editor-in-chief Amanda Kludt.[52][53]

## Former

### Racked

*Racked* was a retail and shopping website which covered style. It was acquired by Vox Media when the company acquired Curbed Network in November 2013.[44] In December 2014, the site had 11.2 million page views and 8 million unique visitors.[54] In addition to the national site, *Racked* had local sites for Los Angeles, New York City, Miami, and San Francisco.[55][56] The editor-in-chief was Britt Aboutaleb.[57] *Racked* was folded into *Vox* in September 2018.[58]

### Recode

Vox Media acquired technology news website *Recode* in May 2015.[59] *Recode* hosts the annual invite-only Code Conference, at which editors of the site interview prominent figures of the technology industry.[60] *Recode* was integrated into *Vox* in May 2019 under the name *Recode by Vox*.[61]

# Businesses

### Chorus

Conceived in 2008, Chorus was built to be a "next-generation" publishing platform.[62][63] Developed specifically for SB Nation, it facilitates content creation, and implemented commenting and forums which allowed for company growth, later evolving to analyze viewership and distribute content via various multimedia platforms.[64][65] In 2014, Ezra Klein and Melissa Bell left *The Washington Post* to join Vox Media, in part because of the publishing platform.[63][66] Additionally, the founders of Curbed, Eater, and *The Verge* said Chorus was a key reason for partnering with Vox Media.[63] In 2018, Vox Media began to license Chorus as a software as a service (SaaS) business to other publishers,[67] including Funny or Die and The Ringer.[65] The *Chicago Sun-Times* signed on as the first traditional newspaper to launch on the platform in October 2018.[68][69]

### Concert

In April 2016, Vox Media and NBCUniversal launched Concert as a "premium, brand-friendly ad network" to reach more than 150 million people across their digital properties.[70] New York Media, PopSugar, *Quartz* and *Rolling Stone* joined the marketplace in May 2018. In May 2018, Comscore estimated the network reaches almost 90 percent of all internet users.[71] With the new partners, Concert launched C-Suite to reach executives among brands such as CNBC, *Recode*, *The Verge*, and *Vox*.[72]

### Vox Creative

Vox Creative is Vox Media's branded entertainment business.[73] In October 2017, Vox Creative expanded to launch The Explainer Studio to bring the explainer format to brand partners.[74] In 2016, Vox Creative's ad for "Applebee's Taste Test" won the Digiday Video Award for Best Video Ad.[75]

### Vox Entertainment

In March 2015, Vox Media formed a new division known as Vox Entertainment. The division was created to expand the company's presence in developing online video programming.[76] Vox Entertainment announced new shows in 2018, including *American Style* on CNN,[77] *Explained* on Netflix,[78] *No Passport Required* (hosted by chef Marcus Samuelsson) on PBS,[79] and another currently-unnamed "explainer" series on YouTube.[80] Vox Entertainment is helmed by Vox Media president Marty Moe.[81] In 2016, vice president of Vox Entertainment, Chad Mumm, was named to the *Forbes* 30 Under 30 and *Variety*'s "30 Execs to Watch" list.[82][83]

### Vox Media Podcast Network

The Vox Media Podcast Network is Vox Media's non-fiction audio programming business and has a broad portfolio of audio programming across business, technology, news and policy, sports, and dining.[84] Shows include: *Recode*'s "Recode Decode", hosted by Kara Swisher,[85] and "Recode Media with Peter Kafka"; *The Verge*'s "The Vergecast"; and *Vox*'s "The Weeds",[86] "The Ezra Klein Show",[87] and "Today, Explained".[84]

## Reception

In 2016, business magazine *Inc.* nominated Vox Media for "Company of the Year", citing that the company generated approximately $100 million in revenue in 2015, and was attracting 170 million unique users and 800 million content views monthly by 2016.[88] Vox Media was named one of the world's "most innovative" media companies in 2017 by *Fast*

*Company* for "doubling down on quality content while expanding".[89] Vox Media was also named one of the "50 Great Places to Work" in Washington, D.C., by magazine *Washingtonian*.[90] The company gained a rating of 95 out of 100 on the Human Rights Campaign's Corporate Equality Index, which rates businesses on their treatment of LGBT personnel.[91]

# References

1. Grinapol, Corinne (February 6, 2017). "Vox Media Names Trei Brundrett as Its First COO" (http://www.adweek.com/digital/vox-media-names-trei-brundrett-as-its-first-coo/). *Adweek*. Retrieved April 6, 2018.
2. Associated Press (August 13, 2015). "Digital Media Hub Vox Valued at $1B as NBCUniversal Invests" (https://www.inc.com/associated-press/digital-media-hub-vox-valued-at-1b-as-nbcuniversal-invests.html). *Inc.*
3. Plambeck, Joseph (June 6, 2010). "Sports-Centric Web Sites Expand, and Bias Is Welcome" (https://www.nytimes.com/2010/06/07/business/media/07fans.html). *The New York Times*.
4. "Top 50 Multi-Platform Properties (Desktop and Mobile) September 2018: Total U.S. – Home and Work Locations" (https://www.comscore.com/Insights/Rankings?country=US). *Comscore*.
5. Kaufman, Leslie (April 6, 2014). "Vox Takes Melding of Journalism and Technology to a New Level" (https://www.nytimes.com/2014/04/07/business/media/voxcom-takes-melding-of-journalism-and-technology-to-next-level.html). *The New York Times*.
6. "The Raid On AOL: How Vox Pillaged Engadget And Founded An Empire" (http://www.businessinsider.com/vox-2012-1). *Business Insider*. Retrieved January 20, 2016.
7. "Interview with Jim Bankoff, CEO of SBNation.com" (http://www.inc.com/news/articles/2010/08/interview-with-jim-bankoff-ceo-of-sbnation.html). *Inc.com*. Retrieved September 4, 2015.
8. Overly, Steven (December 20, 2010). "SB Nation's sports blogger collective sees bias as a plus" (https://www.washingtonpost.com/wp-dyn/content/article/2010/12/17/AR2010121706202.html). *The Washington Post*. Retrieved January 8, 2010.
9. Albanesius, Chloe (April 4, 2011). "Engadget's Topolsky, Former Editors Starting New Rival Tech Site" (https://www.pcmag.com/article2/0,2817,2383012,00.asp). *PC Magazine*. Ziff Davis. Archived (https://www.webcitation.org/6GMBTfqpG?url=http://www.pcmag.com/article2/0,2817,2383012,00.asp) from the original on May 4, 2013. Retrieved May 4, 2013.
10. Brian Solomon. "The Inside Story Of Polygon, The Verge's New Gaming Sister-Site" (https://www.forbes.com/sites/briansolomon/2012/10/24/the-inside-story-of-polygon-the-verges-new-gaming-sister-site/). *Forbes*. Retrieved September 4, 2015.
11. Kaufman, Leslie (November 10, 2013). "Vox Media Buying Curbed.com Network of Sites" (https://www.nytimes.com/2013/11/11/business/media/vox-media-buying-curbedcom-network-of-sites.html?smid=tw-share&_r=0). *New York Times*. Retrieved November 10, 2013.
12. Barr, Jeremy (May 19, 2015). "Vox Media expands Melissa Bell's role" (https://www.politico.com/media/story/2015/05/vox-media-expands-melissa-bells-role-003788). *Politico*.
13. Carr, David (January 26, 2014). "Ezra Klein Is Joining Vox Media as Web Journalism Asserts Itself" (https://www.nytimes.com/2014/01/27/business/media/ezra-klein-joining-vox-media-as-web-journalism-asserts-itself.html). *The New York Times*. Archived (https://www.webcitation.org/6V7lOyGVm?url=http://www.nytimes.com/2014/01/27/business/media/ezra-klein-joining-vox-media-as-web-journalism-asserts-itself.html?_r=0) from the original on December 27, 2014. Retrieved December 26, 2014.
14. Kaufman, Leslie (April 6, 2014). "Vox Takes Melding of Journalism and Technology to a New Level" (https://www.nytimes.com/2014/04/07/business/media/voxcom-takes-melding-of-journalism-and-technology-to-next-level.html?_r=0). *The New York Times*. Archived (https://www.webcitation.org/6V7lIdtpR?url=http://www.nytimes.com/2014/04/07/business/media/voxcom-takes-melding-of-journalism-and-technology-to-next-level.html?_r=1) from the original on December 27, 2014. Retrieved December 26, 2014.
15. Ember, Sydney (May 26, 2014). "Vox Media Adds ReCode to Its Stable of Websites" (https://www.nytimes.com/2015/05/27/business/media/vox-media-acquiring-recode.html?_r=0). *The New York Times*. Retrieved May 29, 2015.

**BW_039**

16. "Bill Simmons' The Ringer Inks Advertising, Tech Pact With Vox Media" (https://variety.com/2017/digital/news/bill-simmons-vox-media-advertising-technology-1202447469/). *Variety*. Retrieved May 30, 2017.
17. Jarvey, Natalie (April 15, 2019). "Vox Media Acquires Epic Magazine (Exclusive)" (https://www.hollywoodreporter.com/news/vox-media-acquires-epic-magazine-1202218). The Hollywood Reporter. Retrieved April 24, 2019.
18. "Vox Media agrees to recognize labor union" (https://nypost.com/2018/01/11/vox-media-agrees-to-bargain-with-labor-union/). *New York Post*. January 11, 2018. Retrieved February 21, 2018.
19. "Vox Media Laying Off Around 50 Staffers" (https://www.hollywoodreporter.com/news/vox-media-laying-around-50-people-1086869). *The Hollywood Reporter*. Retrieved February 21, 2018.
20. Spangler, Todd (February 21, 2018). "Vox Media Lays Off 50 Staffers, or 5% of Workforce" (https://variety.com/2018/digital/news/vox-media-layoffs-50-employees-1202706362/). *Variety*. Retrieved March 13, 2018.
21. Catherine Shu. "Vox Media Raises $46.5M At A Reported $380M Valuation" (https://techcrunch.com/2014/11/30/vox-media-raises-46-5m-at-a-reported-380m-valuation/). *TechCrunch*. AOL. Retrieved September 4, 2015.
22. "Blog network SportsBlog Nation scores funding" (http://news.cnet.com/8301-13577_3-10077904-36.html). CNET.com. October 29, 2008. Retrieved November 7, 2008.
23. Ali, Rafat (July 16, 2009). "Sports Blog Site SBNation Gets $8 Million More, From Comcast And Others" (http://paidcontent.org/article/419-sports-blog-site-sbnation-gets-8-million-more/). Paid Content. Retrieved November 14, 2010.
24. Solomon, Brian (December 6, 2012). "Meet The Digital Upstart That Thinks Millions Of Rowdy Fans Are The Future Of The Web" (https://www.forbes.com/sites/briansolomon/2012/12/06/meet-the-digital-upstart-that-thinks-millions-of-rowdy-fans-are-the-future-of-the-web/). Forbes. Retrieved December 7, 2012.
25. "Vox Media aims to obtain USD40 million funding via Accel Partners" (http://www.vcpost.com/articles/16544/20131016/vox-media-aims-obtain-usd40-million-funding-via-accel-partners.htm). VC Post. October 16, 2013. Retrieved January 24, 2014.
26. "Vox Media aims to obtain USD40 million funding via Accel Partners" (http://www.vcpost.com/articles/16544/20131016/vox-media-aims-obtain-usd40-million-funding-via-accel-partners.htm). *Venture Capital Post*. Retrieved September 4, 2015.
27. Stelter, Brian (August 12, 2015). "NBCUniversal invests big in Vox Media" (https://money.cnn.com/2015/08/12/media/nbcuniversal-vox-buzzfeed/index.html). CNNMoney. Retrieved March 24, 2019.
28. Lukas I. Alpert. "Comcast Invests $200 Million in Vox Media" (https://blogs.wsj.com/cmo/2015/08/12/comcast-invests-200-million-in-vox-media-valuing-digital-media-firm-at-1-billion/). *WSJ*. Retrieved September 4, 2015.
29. Orlando, Dan (July 12, 2013). "What's the future of the sports-blogging industry? Here are 3 different answers from rival contenders" (https://www.bizjournals.com/newyork/news/2013/07/11/3-companies-with-nyc-ties-that-have.html?page=all). *New York Business Journal*. American City Business Journals. Retrieved March 20, 2018.
30. Lincoln, Kevin (January 9, 2012). "The Raid on AOL: How Vox Pillaged Engadget and Founded an Empire" (http://www.businessinsider.com/vox-2012-1). *Business Insider*. Axel Springer SE. Retrieved March 21, 2018.
31. Warzel, Charlie (September 25, 2012). "SB Nation Relaunches, Hires First Editorial Director" (http://www.adweek.com/digital/sb-nation-relaunches-hires-first-editorial-director-143967/). Adweek. Retrieved March 22, 2018.
32. Swisher, Kara (April 3, 2011). "SB Nation Sacks AOL in Raid of Former Engadget Team for Competing New Tech Site, As AOL Zeroes in on New EiC" (http://allthingsd.com/20110403/sb-nation-sacks-aol-in-raid-of-former-engadget-team-for-competing-new-tech-site/). *All Things Digital*. Retrieved March 21, 2018.
33. Fox, Brooke (July 18, 2016). "SB Nation Expands Into Radio Programming With Gow Media Accord" (https://www.bloomberg.com/news/articles/2016-07-18/sb-nation-expands-into-radio-programming-with-gow-media-accord). *Bloomberg.com*. Bloomberg L.P. Retrieved March 22, 2018.
34. Carr, David (April 3, 2011). "Team From Engadget Makes Jump to SB Nation" (https://www.nytimes.com/2011/04/04/business/media/04carr.html). *The New York Times*.
35. "Latest Gadget Reviews – The Verge" (http://thisismynext.com/). Retrieved September 17, 2014.
36. "Topolsky and Bankoff on Engadget, SB Nation, and the new tech site that's bringing them together » Nieman Journalism Lab" (http://www.niemanlab.org/2011/05/topolsky-and-bankoff-on-engadget-sb-nation-and-the-new-tech-site-thats-bringing-them-together/). *Nieman Lab*. Retrieved September 17, 2014.

37. "With The Verge, SB Nation looks beyond just gadgets" (https://www.webcitation.org/6GMF882rm?url=http://tech.fortune.cnn.com/2011/10/26/the-verge-sb-nation/). *Fortune*. Archived from the original (http://tech.fortune.cnn.com/2011/10/26/the-verge-sb-nation/) on May 4, 2013. Retrieved September 17, 2014.

38. "Vox Media's The Verge Staffs Up Culture Coverage" (http://adage.com/article/media/vox-media-s-verge-staffs-culture-coverage/292278/). *Advertising Age*. Retrieved June 20, 2017.

39. Duryee, Tricia (October 24, 2012). "Let the Games Begin: Vox Media Launches a New Site Covering Videogames" (http://allthingsd.com/20121024/let-the-games-begin-vox-media-launches-a-new-site-covering-videogames/). *All Things Digital*. Archived (https://www.webcitation.org/6RZ6WAh1i?url=http://allthingsd.com/20121024/let-the-games-begin-vox-media-launches-a-new-site-covering-videogames/) from the original on August 4, 2014. Retrieved August 3, 2014.

40. Swisher, Kara (February 21, 2012). "On the Verge Again: Vox Media Officially Launches Into Videogames Content Arena" (http://allthingsd.com/20120221/on-the-verge-again-vox-media-officially-launches-into-video-games-content-arena/). *All Things Digital*. Archived (https://www.webcitation.org/6RZ8YhtNa?url=http://allthingsd.com/20120221/on-the-verge-again-vox-media-officially-launches-into-video-games-content-arena/) from the original on August 4, 2014. Retrieved August 3, 2014.

41. Solomon, Brian (October 24, 2012). "The Inside Story Of Polygon, The Verge's New Gaming Sister-Site" (https://www.forbes.com/sites/briansolomon/2012/10/24/the-inside-story-of-polygon-the-verges-new-gaming-sister-site/). *Forbes*. Archived (https://www.webcitation.org/6RYUVl8ie?url=http://www.forbes.com/sites/briansolomon/2012/10/24/the-inside-story-of-polygon-the-verges-new-gaming-sister-site/) from the original on August 3, 2014. Retrieved August 3, 2014.

42. Stark, Chelsea (October 25, 2012). "Veteran Game Journalists Unite to Launch Vox's 'Polygon' " (https://mashable.com/2012/10/25/polygon/). *Mashable*. Retrieved August 3, 2014.

43. Beaujon, Andrew (October 25, 2012). "Why Polygon takes video-games journalism seriously" (https://www.poynter.org/news/why-polygon-takes-video-games-journalism-seriously). *Poynter*. Retrieved August 21, 2018.

44. Hempel, Jessi (November 11, 2013). "Vox Media acquires Curbed Network for $20-30M" (http://fortune.com/2013/11/11/vox-media-acquires-curbed-network-for-20-30m/). *Fortune*. Retrieved May 27, 2015.

45. Bilton, Ricardo (April 17, 2015). "Curbed's growth strategy: broader and more national" (https://digiday.com/media/voxs-curbed-expands-focus-beyond-local/). *DigiDay*.

46. Druckman, Charlotte (October 6, 2009). "The Insiders: Ben Leventhal and Lockhart Steele" (https://tmagazine.blogs.nytimes.com/2009/10/06/the-insiders-ben-leventhal-and-lockhart-steele/). *The New York Times*. Retrieved March 13, 2018.

47. Midson, Lori (December 1, 2011). "Eater launches Denver food site" (http://www.westword.com/restaurants/eater-launches-denver-food-site-5728399). *Westword*. Voice Media Group. Retrieved March 14, 2018.

48. Hempel, Jessi (November 11, 2013). "Vox Media acquires Curbed Network for $20-30M" (http://fortune.com/2013/11/11/vox-media-acquires-curbed-network-for-20-30m/). *Fortune*. Meredith Corporation. ISSN 0015-8259 (https://www.worldcat.org/issn/0015-8259). Retrieved March 13, 2018.

49. Guaglione, Sara (July 12, 2017). "Vox Launches 'Eater London,' Company's First" (https://www.mediapost.com/publications/article/304214/vox-launches-eater-london-companys-first.html?edition=104191). MediaPost Communications. Retrieved March 13, 2018.

50. "The 2015 James Beard Award Winners!" (https://www.jamesbeard.org/blog/2015-james-beard-award-winners). James Beard Foundation. May 4, 2015. Retrieved April 9, 2018.

51. "The 2016 James Beard Award Winners!" (https://www.jamesbeard.org/blog/2016-james-beard-award-winners). James Beard Foundation. May 2, 2016. Retrieved April 9, 2018.

52. Bhuiyan, Johana (April 16, 2014). "Food site Eater 'Vox-ifies' " (https://www.politico.com/media/story/2014/04/food-site-eater-vox-ifies-002058/). *Politico*. Capitol News Company. Retrieved November 13, 2018.

53. Vora, Shivani (February 2, 2018). "How Amanda Kludt, Editor in Chief of Eater, Spends Her Sundays" (https://www.nytimes.com/2018/02/02/nyregion/how-amanda-kludt-editor-in-chief-of-eater-spends-her-sundays.html). *The New York Times*. Retrieved November 13, 2018.

54. Steigrad, Alexandra. "Vox Media Looks to Racked for Growth" (http://wwd.com/globe-news/fashion-memopad/vox-media-looks-to-racked-for-growth-8165695/). *WWD*. Retrieved June 2, 2015.

**BW_041**

55. Steigrad, Alexandra (January 11, 2016). "Racked Poaches New Editor in Chief From Yahoo Style" (http://wwd.com/business-news/media/racked-hires-editor-in-chief-britt-aboutaleb-yahoo-style-joe-zee-marissa-mayer-10311033/). *Women's Wear Daily*. Retrieved April 9, 2018.

56. Meltzer, Marisa (May 18, 2016). "The Last Days of Scoop" (https://www.nytimes.com/2016/05/19/fashion/scoop-nyc-boutique-closing.html). *The New York Times*.

57. Shepard, Eliot (January 29, 2015). "About" (http://www.racked.com/masthead). Retrieved June 8, 2016.

58. Hays, Kali; Hays, Kali (June 19, 2018). "Vox Media Is Folding Racked" (https://wwd.com/business-news/media/vox-is-folding-racked-1202720434/).

59. Ember, Sydney (May 26, 2015). "Vox Media Adds ReCode to Its Stable of Websites" (https://www.nytimes.com/2015/05/27/business/media/vox-media-acquiring-recode.html). *The New York Times*. Archived (https://www.webcitation.org/6YpNXfmQl?url=http://www.nytimes.com/2015/05/27/business/media/vox-media-acquiring-recode.html) from the original on May 27, 2015. Retrieved May 27, 2015.

60. Hoffman, Claire (May 31, 2018). "Inside This Year's Invite-Only Code Conference" (https://www.bizbash.com/inside-this-years-invite-only-code-conference/los-angeles/story/35700/). *BizBash*. Retrieved October 30, 2018.

61. "Vox Media integrates Recode with flagship brand, four years after purchase" (https://www.thedrum.com/news/2019/05/01/vox-media-integrates-recode-with-flagship-brand-four-years-after-purchase). Retrieved May 12, 2019.

62. Eldon, Eric (May 7, 2012). "A Closer Look at Chorus, the Next-Generation Publishing Platform That Runs Vox Media" (https://techcrunch.com/2012/05/07/a-closer-look-at-chorus-the-next-generation-publishing-platform-that-runs-vox-media/). *TechCrunch*. Retrieved November 13, 2018.

63. Kaufman, Leslie (April 6, 2014). "Vox Takes Melding of Journalism and Technology to a New Level" (https://www.nytimes.com/2014/04/07/business/media/voxcom-takes-melding-of-journalism-and-technology-to-next-level.html). *The New York Times*. Retrieved November 13, 2018.

64. Solomon, Brian (December 6, 2012). "Meet Vox Media: The Digital Upstart That Wants to Be Conde Nast 2.0" (https://www.forbes.com/sites/briansolomon/2012/12/06/meet-the-digital-upstart-that-thinks-millions-of-rowdy-fans-are-the-future-of-the-web/#113443a47e56). *Forbes*. Retrieved November 13, 2018.

65. Mullin, Benjamin (July 17, 2018). "Vox Media to Begin Licensing Publishing Technology Chorus" (https://www.wsj.com/articles/vox-media-to-begin-licensing-publishing-technology-chorus-1531828800). *The Wall Street Journal*. Retrieved November 13, 2018.

66. Ember, Sydney (May 26, 2015). "Vox Media Adds ReCode to Its Stable of Websites" (https://www.nytimes.com/2015/05/27/business/media/vox-media-acquiring-recode.html). *The New York Times*. Retrieved December 10, 2018.

67. Knight, Jesse (November 20, 2018). "Is it finally time for media companies to adopt a common publishing platform?" (http://www.niemanlab.org/2018/11/is-it-finally-time-for-media-companies-to-adopt-a-common-publishing-platform/). *Nieman Lab*. Nieman Foundation for Journalism. Retrieved December 10, 2018.

68. Fuller, Melynda (October 12, 2018). " 'Chicago Sun-Times' To Redesign Site, Join Vox Media's Ad Marketplace" (https://www.mediapost.com/publications/article/326477/chicago-sun-times-to-redesign-site-join-vox-med.html). *Publishers Daily*. MediaPost. Retrieved November 13, 2018.

69. Armentrout, Mitchell (October 11, 2018). "Sun-Times to launch redesigned website powered by Vox Media platform" (https://chicago.suntimes.com/business/sun-times-vox-media-new-website-2019/). *Chicago Sun-Times*. Retrieved November 13, 2018.

70. Shields, Mike (April 4, 2016). "NBCU and Vox Will Start Selling Ads on Each Other's Sites" (https://www.wsj.com/articles/nbcu-and-vox-will-start-selling-ads-on-each-others-sites-1459764000). *The Wall Street Journal*. Retrieved November 13, 2018.

71. Jerde, Sara (May 31, 2018). "New York Media, Rolling Stone Join Expanding Digital Ad Marketplace" (https://www.adweek.com/digital/new-york-media-rolling-stone-join-expanding-digital-ad-marketplace/). *Adweek*. Retrieved November 13, 2018.

72. Jerde, Sara (May 8, 2018). "Quartz Joins Digital Ad Marketplace Concert to Reach Top Execs" (https://www.adweek.com/digital/quartz-joins-digital-ad-marketplace-concert-to-reach-top-execs/). *Adweek*. Retrieved November 13, 2018. "The new partnership allows for a vertical on Concert called, "Concert C-Suite" to reach top executives and, as the companies claimed, the ability to reach 86 million unique monthly visitors among brands that include Recode, Vox, The Verge and CNBC."

73. Rooney, Jenny (September 24, 2018). "CMO Next 2018: The Full List Of 50 Chief Marketers" (https://www.forbes.com/sites/jenniferrooney/2018/09/24/cmo-next-2018-the-full-list-of-50-chief-marketers/). *Forbes*. Retrieved December 12, 2018.

74. Mullin, Benjamin (October 13, 2017). "Vox Media Pitches Signature 'Explainer' Format to Advertisers" (https://www.wsj.com/articles/vox-media-pitches-signature-explainer-format-to-advertisers-1507892401). *The Wall Street Journal*. Retrieved December 12, 2018.

75. "Valspar wins Best in Show at the Digiday Video Awards gala" (https://digiday.com/announcement/valspar-wins-best-show-digiday-video-awards-gala/). *Digiday*. January 20, 2016. Retrieved December 12, 2018.

76. "Vox Media Launches Entertainment Division, Signs With WME (Exclusive)" (https://www.hollywoodreporter.com/news/vox-media-launches-entertainment-division-780383). *The Hollywood Reporter*. Retrieved February 21, 2018.

77. Levine, Jon (April 11, 2018). "Vox Entertainment to Produce New CNN Original Series 'American Style' " (https://www.thewrap.com/vox-entertainment-produce-new-cnn-original-series-american-style/). *TheWrap*. Retrieved November 28, 2018.

78. Jarvey, Natalie (January 19, 2018). "Netflix Grows Docuseries Lineup with 'Flint Town,' Ezra Klein-Produced Explainer Show" (https://www.hollywoodreporter.com/live-feed/netflix-grows-docuseries-lineup-flint-town-ezra-klein-produced-explainer-show-1075888). *The Hollywood Reporter*. Retrieved November 28, 2018.

79. Patel, Sail (May 24, 2018). " 'A meaningful business with real money': How Vox approaches producing for TV and streaming" (https://digiday.com/media/a-meaningful-business-with-real-money-how-vox-is-approaching-producing-for-tv-and-streaming/). *Digiday*. Retrieved November 28, 2018.

80. Jarvey, Natalie (October 9, 2018). "YouTube Greenlights Vox Entertainment Explainer Show" (https://www.hollywoodreporter.com/news/youtube-greenlights-vox-media-explainer-show-1150459). *The Hollywood Reporter*. Retrieved November 28, 2018.

81. Patel, Sahil (February 9, 2018). "Publishers with TV ambitions are pursuing Netflix" (https://digiday.com/media/publishers-eyeing-netflixs-8-billion-content-budget/). *Digiday*. Retrieved December 12, 2018.

82. "2016 30 Under 30: Media: Chad Mumm, 29" (https://www.forbes.com/pictures/flji45ffil/chad-mumm-29/#37ac71092b05). *Forbes*. Retrieved December 12, 2018.

83. "Digital Entertainment Impact Report: 30 Execs to Watch: Chad Mumm" (https://variety.com/gallery/digital-entertainment-execs-to-watch/#!21/the-verge-2013-2). *Variety*. Retrieved December 12, 2018.

84. "Vox Picks Panoply's Megaphone for Podcast Distribution" (http://www.insideradio.com/free/vox-picks-panoply-s-megaphone-for-podcast-distribution/article_4b913d46-e719-11e8-81e4-27b3370495a7.html). *Inside Radio*. November 13, 2018. Retrieved December 12, 2018.

85. Fuller, Melynda (September 25, 2018). "Vox Media Adds New Podcasts, Sponsors" (https://www.mediapost.com/publications/article/325574/vox-media-adds-new-podcasts-sponsors.html). MediaPost. Retrieved December 12, 2018.

86. Grinapol, Corinne (October 2, 2015). "Vox Debuts Its First Podcast on Panoply" (https://www.adweek.com/digital/vox-debuts-its-first-podcast-on-panoply/). *Adweek*. Retrieved December 12, 2018.

87. Baysinger, Tim (February 9, 2016). "In an Effort to Woo Advertisers, Vox Will Turn Its 8 Brands Into TV Networks" (https://www.adweek.com/tv-video/effort-woo-advertisers-vox-will-turn-its-8-brands-tv-networks-169548/). *Adweek*. Retrieved December 12, 2018.

88. Matthews, Melissa (November 22, 2016). "Vox Media: From Sports Blog Hobby to Multimillion-Dollar Media Company" (https://www.inc.com/melissa-matthews/vox-2016-company-of-the-year-nominee.html). *Inc.* Retrieved October 31, 2018.

89. "Most Innovative Companies 2017" (https://www.fastcompany.com/most-innovative-companies/2017/sectors/media). *Fast Company*. Retrieved October 31, 2018.

90. Dalphonse, Sherri (March 7, 2017). "50 Great Places to Work in Washington, DC" (https://www.washingtonian.com/2017/03/07/50-great-places-work-washington-dc/). *Washingtonian*. Retrieved October 31, 2018.

91. "Buyers Guide: Vox" (https://www.hrc.org/apps/buyersguide/profile.php?orgid=67476). Human Rights Campaign. Retrieved October 31, 2018.

# External links

BW_043