# EXHIBIT L

**From:** **Bill Wisser** bill@billwisserphoto.com
**Subject:** Chayhana, Ariete and Trust photo-shoots
**Date:** March 24, 2016 at 9:56 AM
**To:** Michele Ratto Miche.Ratto@miaminewtimes.com

Hey Miche —

Just to let you know:

Our shoot at Ariete went well, and I'l send you the pictures later today, or tomorrow morning at the latest.

And I've arranged to shoot Trust & Co, this coming Monday, March 28.

You probably already know this, but the slideshow that accompanies this week's Cafe review of Chayhana seems not to be on-line yet — probably due to lots of music coverage from last week. In any case, can you rescue it?

Thanks!

allbest,

**B I L L**

billwisserphoto.com

*565 NW 44th Street • Miami * Florida * 33127*

*Studio-Office: 305 672-2448 ////// Mobile Phone: 305 632-0840*

**e-mail** ////////////////////////////////////// **bill@billwisserphoto.com**



**From:** Kristin Bjornsen <kristin.bjornsen@voicemediagroup.com>
**Subject: Fwd: next cafe info**
**Date:** March 18, 2016 at 9:32:43 AM EDT
**To:** Bill Wisser <bill@billwisserphoto.com>

hi bill, my fault for not asking for this earlier. here you go! also working on getting you the info for 4/7

thanks! and thank you very much for sending the other photos for chayhana oasis so early. much apprecaited


---------- Forwarded message ----------
From: **Zachary Fagenson** <zfagenson@gmail.com>
Date: Fri, Mar 18, 2016 at 9:16 AM
Subject: Re: next cafe info
To: Kristin Bjornsen <kristin.bjornsen@voicemediagroup.com>


Hey. I haven't spoken to them yet but here's the info:

Ariete
3450 Main Highway, Coconut Grove

Michael Beltran:
(786) 546-5647

I had:
Ariete nuggets
Tea sandwich
roasted oyster
Daily salad
Agnolotti
Venison

Smoked pork chop
Cheesecake

On Fri, Mar 18, 2016 at 9:09 AM, Kristin Bjornsen <kristin.bjornsen@voicemediagroup.com> wrote:
hey zach, any way you can send the info for Ariete today? i'm going to be out of office next week, hoping to give bill some semblance of a head start.

thank you!

— Kristin
Kristin Bjornsen // Design Assistant
kristin.bjornsen@voicemediagroup.com
w: 305.571.7537 // c: 954.336.9495

--
Zachary Fagenson
561.254.9639
about.me/zfagenson

| Date | Number / Type | Payee / Account | Memo | Payment | ✓ | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 04/25/16 | | Edward Jones- BW-1 | | | | 1,500.00 | 2,137.64 |
| | DEP | Owner's Capital | | | | | |
| 04/25/16 | | Miami New Times | | | | 250.00 | 2,387.64 |
| | DEP | Photography Fees | Casilic Vietnam Cafe +$50 for extra Talde trip | | | | |
| 04/25/16 | Number | Miami New Times | | Payment | | 200.00 | 2,587.64 |
| | DEP | Photography Fees | Ariete 3437564301 | | | | |

**On Tue, Apr 12, 2016 at 7:49 PM, Jason Odio <jason@nativesonshospitality.com> wrote:**

**Hey Zach,**

**Hope this message finds you well. Let me know if interior be possible to have some of those pictures.**

**Best,**
**Jason**

**On Apr 12, 2016, at 9:06 PM, Zachary Fagenson <zfagenson@gmail.com> wrote:**

**Hey Jason. Copied on this email is our photographer Bill Wisser, who owns the rights to the photos and who you can speak with about possibly purchasing some for your use.**

**On Apr 13, 2016, at 12:40 AM, Bill Wisser <bill@billwisserphoto.com> wrote:**
**Hey Jason —**

**Thanks for your interest in my photos of Ariete.**

**You can buy usage rights for five, ten, or more mages from my recent shoot for use on your website, your social media pages, and all your other advertising and public relations, all in perpetuity.**

**And for you to chose from, I've put together a 58-image slideshow including all the photos *New Times* used, plus quit a few good ones that they didn't have room for.**

**Take a look and let me know which ones you would like to use.**

**Prices are:**

**For a package of five images: $685**

**For a package of 10 images: $1,200**

**For a package of 15 images: $1,700**

**And additional ones beyond 15 are available on a proportional, *pro rata* basis.**

I'll deliver your selects as very high-resolution digital files via an online dropbox.

Thank you very much.

allbest,

BILL WISSER
billwisserphoto.com

*565 NW 44th Street • Miami * Florida * 33127*

*Studio-Office: 305 672-2448 ////// Mobile Phone: 305 632-0840*

e-mail ///////////////////////////////////////// bill@billwisserphoto.com

From: Bill Wisser <bill@billwisserphoto.com>
Subject: Re: Photos of Ariete
Date: April 14, 2016 at 12:36:30 PM EDT
To: Jason Odio <jason@nativesonshospitality.com>

Hey Jason—

Good talking with you — glad you liked the photos, and I hear what you're saying.

I want to make this work for both of us, so here's a suggestion:

Buy rights to just two or three images now (at just $135 each) and run the images big on your website and in your other advertising.

**Then . . . a couple of week or months later buy 7 or 8 more mages to make 10 total and I'll count the initial two or three as part of the 10 for $1200 package (i.e. at only $120 per photo) and adjust the balance to make all 10 only $120 each.**

**Also, please bear in mind that you can pay by credit card via PayPal.**

**In any case, I'm delighted you like the pictures and I'm hoping we can find a way to work together, so you and the restaurant can can show the images to all your potential customers.**

**Let me know your thoughts about this proposal or your ideas of how to make this work.**

**Thanks!**

**allbest,**

**B I L L**

**billwisserphoto.com**

***565 NW 44th Street • Miami * Florida * 33127***

***Studio-Office: 305 672-2448 ////// Mobile Phone: 305 632-0840***

**e-mail ////////////////////////////////////////// bill@billwisserphoto.com**

**From:** Hightail <delivery@yousendit.com>
**Subject: 41 Images of Ariete**
**Date:** March 25, 2016 at 3:00:32 PM EDT
**To:** bill@billwisserphoto.com
**Reply-To:** noreply <noreply@yousendit.com>

**Hello there,**

This email confirms you sent the following via Hightail

**To:** miche.ratto@miaminewtimes.com

**Subject:** 41 Images of Ariete

---

File: Ariete.zip

---

You can access this file by logging into your Hightail account and going to your File Activity page.

**Get a Hightail account for yourself.**
Sign up now

---

ail Hightail, Inc. | Privacy Policy 1919 S. Bascom Ave., Campbell, CA 95008



**Richard Liebowitz <richardpliebowitz@gmail.com>**

## Fwd: Photos of Ariete - 1

**Bill Wisser** <bill@billwisserphoto.com> Fri, Jul 19, 2019 at 5:36 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Begin forwarded message:

**From:** Zachary Fagenson <zfagenson@gmail.com>
**Subject: Re: Photos of Ariete**
**Date:** April 12, 2016 at 9:06:15 PM EDT
**To:** Jason Odio <jason@nativesonshospitality.com>, Bill Wisser <bill@billwisserphoto.com>

Hey Jason. Copied on this email is our photographer Bill Wisser, who owns the rights to the photos and who you can speak with about possibly purchasing some for your use.

On Tue, Apr 12, 2016 at 7:49 PM, Jason Odio <jason@nativesonshospitality.com> wrote:

> Hey Zach,
>
> Hope this message finds you well. Let me know if interior be possible to have some of those pictures.
>
> Best,
> Jason

--
Zachary Fagenson
561.254.9639
about.me/zfagenson



**Richard Liebowitz <richardpliebowitz@gmail.com>**

---

## Fwd: Photos of Ariete -2

---

**Bill Wisser** <bill@billwisserphoto.com> Fri, Jul 19, 2019 at 5:38 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Begin forwarded message:

**From:** Bill Wisser <bill@billwisserphoto.com>
**Subject: Re: Photos of Ariete**
**Date:** April 12, 2016 at 10:04:01 PM EDT
**To:** Zachary Fagenson <zfagenson@gmail.com>

Hey Zach—

Thanks for your e-mail!

I'll contact Jason.

Again, thanks.

allbest,

**B I L L**
billwisserphoto.com

*565 NW 44th Street • Miami * Florida * 33127*

*Studio-Office: 305 672-2448 ////// Mobile Phone: 305 632-0840*

**e-mail** *//////////////////////////////////////* **bill@billwisserphoto.com**



**Richard Liebowitz <richardpliebowitz@gmail.com>**

---

## Fwd: Photos of Ariete -3

---

**Bill Wisser** <bill@billwisserphoto.com> Fri, Jul 19, 2019 at 5:39 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

**From:** Bill Wisser <bill@billwisserphoto.com>
**Subject: Photos of Ariete**
**Date:** April 13, 2016 at 12:40:51 AM EDT
**To:** jason@nativesonshospitality.com

Hey Jason —

Thanks for your interest in my photos of Ariete.

You can buy usage rights for five, ten, or more mages from my recent shoot for use on your website, your social media pages, and all your other advertising and public relations, all in perpetuity.

And for you to chose from, I've put together a 58-image slideshow including all the photos *New Times* used, plus quit a few good ones that they didn't have room for.

Take a look and let me know which ones you would like to use.

Prices are:

For a package of five images: $685

For a package of 10 images: $1,200

For a package of 15 images: $1,700

And additional ones beyond 15 are available on a proportional, *pro rata* basis.

I'll deliver your selects as very high-resolution digital files via an online dropbox.

Thank you very much.

allbest,

**BILL WISSER**
billwisserphoto.com

*565 NW 44th Street • Miami * Florida * 33127*

*Studio-Office: 305 672-2448 ////// Mobile Phone: 305 632-0840*

**e-mail** *//////////////////////////////////////* **bill@billwisserphoto.com**



**Richard Liebowitz <richardpliebowitz@gmail.com>**

## Fwd: Photos of Ariete -4

**Bill Wisser** <bill@billwisserphoto.com> Fri, Jul 19, 2019 at 5:41 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

**From:** Bill Wisser <bill@billwisserphoto.com>
**Subject: Re: Photos of Ariete**
**Date:** April 14, 2016 at 12:36:30 PM EDT
**To:** Jason Odio <jason@nativesonshospitality.com>

Hey Jason—

Good talking with you — glad you liked the photos, and I hear what you're saying.

I want to make this work for both of us, so here's a suggestion:

Buy rights to just two or three images now (at just $135 each) and run the images big on your website and in your other advertising.

Then . . . a couple of week or months later buy 7 or 8 more mages to make 10 total and I'll count the initial two or three as part of the 10 for $1200 package (i.e. at only $120 per photo) and adjust the balance to make all 10 only $120 each.

Also, please bear in mind that you can pay by credit card via PayPal.

In any case, I'm delighted you like the pictures and I'm hoping we can find a way to work together, so you and the restaurant can can show the images to all your potential customers.

Let me know your thoughts about this proposal or your ideas of how to make this work.

Thanks!

allbest,

**B I L L**
billwisserphoto.com

*565 NW 44th Street • Miami * Florida * 33127*

*Studio-Office: 305 672-2448 ////// Mobile Phone: 305 632-0840*

**e-mail** ////////////////////////////////////// **bill@billwisserphoto.com**



On Apr 13, 2016, at 12:40 AM, Bill Wisser <bill@billwisserphoto.com> wrote:

Hey Jason —

Thanks for your interest in my photos of Ariete.

You can buy usage rights for five, ten, or more mages from my recent shoot for use on your website, your social media pages, and all your other advertising and public relations, all in perpetuity.

And for you to chose from, I've put together a 58-image slideshow including all the photos *New Times* used, plus quit a few good ones that they didn't have room for.

Take a look and let me know which ones you would like to use.

Prices are:

For a package of five images: $685

For a package of 10 images: $1,200

For a package of 15 images: $1,700

And additional ones beyond 15 are available on a proportional, *pro rata* basis.

I'll deliver your selects as very high-resolution digital files via an online dropbox.

Thank you very much.

allbest,

**BILL WISSER**
billwisserphoto.com

*565 NW 44th Street • Miami * Florida * 33127*

*Studio-Office: 305 672-2448 ////// Mobile Phone: 305 632-0840*

**e-mail** *//////////////////////////////////////* **bill@billwisserphoto.com**

<BW_logo-bBrb-300a.jpg>