# EXHIBIT B

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19-cv-00349-AT

| | |
|---|---|
| Wisser v. 1220 Collins Avenue, Inc. d/b/a The Webster | Date Filed: 01/13/2019 |
| Assigned to: Judge Analisa Torres | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Bill Wisser** | represented by | **Richard Liebowitz**<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 301<br>Suite 305<br>Valleystream, NY 11580<br>516-233-1660<br>Email: RL@LiebowitzLawFirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **1220 Collins Avenue, Inc.**<br>*doing business as*<br>The Webster | represented by | **Gregory Olmsted Tuttle**<br>Tuttle Yick LLP<br>220 East 42nd Street, 29th Floor<br>New York, NY 10017<br>(646)-833-0300<br>Fax: (646)-833-2409<br>Email: gtuttle@tuttleyick.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2019 | 1 | COMPLAINT against 1220 Collins Avenue, Inc. d/b/a The Webster. (Filing Fee $ 400.00, Receipt Number ANYSDC-16182398)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 01/13/2019) |
| 01/13/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to 1220 Collins Avenue, Inc. d/b/a The Webster, re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 01/13/2019) |
| 01/13/2019 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 01/13/2019) |
| 01/13/2019 | 4 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Liebowitz, Richard) (Entered: 01/13/2019) |
| 01/14/2019 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Richard Liebowitz. The party information for the following party/parties |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-08227-GHW

| | |
|---|---|
| Wisser v. Art Media Holdings, LLC | Date Filed: 09/10/2018 |
| Assigned to: Judge Gregory H. Woods | Date Terminated: 11/26/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bill Wisser**     represented by     **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

**Joseph Anthony Dunne**
SRIPLAW, PLLC
125 Maiden Lane
Suite 5c
New York, NY 10038
929-200-8446
Fax: 561-404-4353
Email: jd@liebowitzlawfirm.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Art Media Holdings, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2018 | 1 | **FILING ERROR - DEFICIENT PLEADING - FILER ERROR -** COMPLAINT against Art Media Holdings, LLC. (Filing Fee $ 400.00, Receipt Number 0208-15551034)Document filed by William Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Dunne, Joseph) Modified on 9/11/2018 (jgo). (Entered: 09/10/2018) |
| 09/10/2018 | 2 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Dunne, Joseph) (Entered: 09/10/2018) |
| 09/10/2018 | 3 | CIVIL COVER SHEET filed. (Dunne, Joseph) (Entered: 09/10/2018) |
| 09/10/2018 | 4 | **FILING ERROR - DEFICIENT PLEADING - SUMMONS REQUEST FILER** |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19-cv-02508-PKC

| | |
|---|---|
| Wisser v. Artistic Frame Corp.<br>Assigned to: Judge P. Kevin Castel<br>Cause: 17:101 Copyright Infringement | Date Filed: 03/21/2019<br>Date Terminated: 09/13/2019<br>Jury Demand: Plaintiff<br>Nature of Suit: 820 Copyright<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Bill Wisser** | represented by | **Richard Liebowitz**<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 301<br>Suite 305<br>Valleystream, NY 11580<br>516-233-1660<br>Email: RL@LiebowitzLawFirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Artistic Frame Corp.**
*TERMINATED: 09/13/2019*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2019 | 1 | COMPLAINT against Artistic Frame Corp.. (Filing Fee $ 400.00, Receipt Number ANYSDC-16534080)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Liebowitz, Richard) (Entered: 03/21/2019) |
| 03/21/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Artistic Frame Corp., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 03/21/2019) |
| 03/21/2019 | 3 | **FILING ERROR - PDF ERROR -** CIVIL COVER SHEET filed. (Liebowitz, Richard) Modified on 3/22/2019 (jgo). (Entered: 03/21/2019) |
| 03/21/2019 | 4 | **FILING ERROR - PDF ERROR -** AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Liebowitz, Richard) Modified on 3/28/2019 (jgo). (Entered: 03/21/2019) |
| 03/22/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Richard Liebowitz to RE-FILE Document No. 3 Civil Cover Sheet. The filing is deficient for the following reason(s): Nature of Suit code - no selection; Jury Demand code - no selection; Origin code - no selection; Jurisdiction code - no selection; Courthouse Assignment code - no selection;. Re-file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated June 2017. The** |

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:17-cv-07212-LGS

Wisser v. Forbes Media LLC
Assigned to: Judge Lorna G. Schofield
Cause: 17:101 Copyright Infringement

Date Filed: 09/22/2017
Date Terminated: 12/13/2017
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Bill Wisser**     represented by    **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Forbes Media LLC**     represented by    **David C. Berg**
Law Offices of David C. Berg
425 Madison Avenue
19th Floor
New York, NY 10017
(212) 829-0400
Fax: 212 829 9398
Email: davidberg@dberglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2017 | 1 | COMPLAINT against Forbes Media LLC. (Filing Fee $ 400.00, Receipt Number 0208-14157079)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 09/22/2017) |
| 09/22/2017 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Forbes Media LLC, re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 09/22/2017) |
| 09/22/2017 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 09/22/2017) |
| 09/22/2017 | 4 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Liebowitz, Richard) (Entered: 09/22/2017) |
| 09/25/2017 | 5 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the |

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19-cv-03733-LTS

Wisser v. Goop Inc.  
Assigned to: Judge Laura Taylor Swain  
Cause: 17:101 Copyright Infringement

Date Filed: 04/25/2019  
Date Terminated: 05/09/2019  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Bill Wisser**     represented by    **Richard Liebowitz**  
Liebowitz Law Firm, PLLC  
11 Sunrise Plaza, Suite 301  
Suite 305  
Valleystream, NY 11580  
516-233-1660  
Email: RL@LiebowitzLawFirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Goop Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2019 | 1 | COMPLAINT against Goop Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC-16770577)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 04/25/2019) |
| 04/25/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Goop Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 04/25/2019) |
| 04/26/2019 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright - Notice of Submission by Attorney found under the event list Other Documents. (dnh)** (Entered: 04/26/2019) |
| 04/26/2019 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (dnh)** (Entered: 04/26/2019) |
| 04/26/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Laura Taylor Swain. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (dnh) (Entered: 04/26/2019) |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19-cv-09045-VEC

Wisser v. Group Nine Media, Inc.  
Assigned to: Judge Valerie E. Caproni  
Cause: 17:101 Copyright Infringement  

Date Filed: 09/29/2019  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question  

**Plaintiff**

**Bill Wisser**      represented by **Richard Liebowitz**  
Liebowitz Law Firm, PLLC  
11 Sunrise Plaza, Suite 301  
Suite 305  
Valleystream, NY 11580  
516-233-1660  
Email: RL@LiebowitzLawFirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Group Nine Media, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2019 | 1 | COMPLAINT against Group Nine Media, Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC-17683480)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 09/29/2019) |
| 09/29/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Group Nine Media, Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 09/29/2019) |
| 09/30/2019 |  | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (dnh) (Entered: 09/30/2019) |
| 09/30/2019 |  | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright - Notice of Submission by Attorney found under the event list Other Documents. (dnh) (Entered: 09/30/2019) |
| 09/30/2019 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Valerie E. Caproni. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (dnh) (Entered: 09/30/2019) |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19-cv-07034-PKC

| | |
|---|---|
| Wisser v. The Infatuation Inc. | Date Filed: 07/28/2019 |
| Assigned to: Judge P. Kevin Castel | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| Bill Wisser | represented by | Richard Liebowitz |
| | | Liebowitz Law Firm, PLLC |
| | | 11 Sunrise Plaza, Suite 301 |
| | | Suite 305 |
| | | Valleystream, NY 11580 |
| | | 516-233-1660 |
| | | Email: RL@LiebowitzLawFirm.com |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**The Infatuation Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2019 | 1 | COMPLAINT against The Infatuation Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC-17326132)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 07/28/2019) |
| 07/28/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to The Infatuation Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 07/28/2019) |
| 07/29/2019 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright - Notice of Submission by Attorney found under the event list Other Documents. (pne)** (Entered: 07/29/2019) |
| 07/29/2019 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (pne)** (Entered: 07/29/2019) |
| 07/29/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge P. Kevin Castel. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pne) (Entered: 07/29/2019) |

CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-05262-PGG

| | |
|---|---|
| Wisser v. Morris Communications Company, LLC | Date Filed: 06/11/2018 |
| Assigned to: Judge Paul G. Gardephe | Date Terminated: 09/04/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bill Wisser**     represented by     **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Morris Communications Company, LLC**     represented by     **Glenn Padell Greenberg**
Mendes & Mount, LLP (NYC)
750 Seventh Avenue
New York, NY 10019
(212) 261-8211
Email: glenn.greenberg@mendes.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2018 | 1 | COMPLAINT against Morris Communications Company, LLC. (Filing Fee $ 400.00, Receipt Number 0208-15185455)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 06/11/2018) |
| 06/11/2018 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Morris Communications Company, LLC, re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 06/11/2018) |
| 06/12/2018 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (jgo)** (Entered: 06/12/2018) |
| 06/12/2018 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright - Notice of Submission by Attorney found under the event list Other Documents. (jgo)** (Entered: 06/12/2018) |

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19-cv-04061-AT

| | |
|---|---|
| Wisser v. Resident Publications Inc. | Date Filed: 05/06/2019 |
| Assigned to: Judge Analisa Torres | Date Terminated: 07/29/2019 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bill Wisser**      represented by    **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Resident Publications Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2019 | 1 | COMPLAINT against Resident Publications Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC-16832550)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 05/06/2019) |
| 05/06/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Resident Publications Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 05/06/2019) |
| 05/07/2019 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (dnh)** (Entered: 05/07/2019) |
| 05/07/2019 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright - Notice of Submission by Attorney found under the event list Other Documents. (dnh)** (Entered: 05/07/2019) |
| 05/07/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Analisa Torres. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (dnh) (Entered: 05/07/2019) |

CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:17-cv-07491-DLC

| | |
|---|---|
| Wisser v. Resy Network, Inc.. | Date Filed: 09/30/2017 |
| Assigned to: Judge Denise L. Cote | Date Terminated: 11/29/2017 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Bill Wisser** | represented by | **Richard Liebowitz** |
| | | Liebowitz Law Firm, PLLC |
| | | 11 Sunrise Plaza, Suite 301 |
| | | Suite 305 |
| | | Valleystream, NY 11580 |
| | | 516-233-1660 |
| | | Email: RL@LiebowitzLawFirm.com |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Resy Network, Inc.** | represented by | **Guy Robert Cohen** |
| | | Davis & Gilbert LLP |
| | | 1740 Broadway |
| | | New York, NY 10019 |
| | | 212 468 4853 |
| | | Fax: 212 974 6959 |
| | | Email: gcohen@dglaw.com |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2017 | 1 | COMPLAINT against Resy Network, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-14190358)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Liebowitz, Richard) (Entered: 09/30/2017) |
| 09/30/2017 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Resy Network, Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 09/30/2017) |
| 10/02/2017 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (vf)** (Entered: 10/02/2017) |
| 10/02/2017 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Denise L. Cote. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices |

CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19-cv-03365-ER

| | |
|---|---|
| Wisser v. Sixty Hotels LLC | Date Filed: 04/15/2019 |
| Assigned to: Judge Edgardo Ramos | Date Terminated: 05/13/2019 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bill Wisser**  represented by  **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sixty Hotels LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2019 | 1 | COMPLAINT against Sixty Hotels LLC. (Filing Fee $ 400.00, Receipt Number ANYSDC-16700584)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 04/15/2019) |
| 04/15/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Sixty Hotels LLC, re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 04/15/2019) |
| 04/16/2019 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (dnh)** (Entered: 04/16/2019) |
| 04/16/2019 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright - Notice of Submission by Attorney found under the event list Other Documents. (dnh)** (Entered: 04/16/2019) |
| 04/16/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (dnh) (Entered: 04/16/2019) |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-07417-LAK

Wisser v. The Infatuation Inc.  
Assigned to: Judge Lewis A. Kaplan  
Cause: 17:101 Copyright Infringement

Date Filed: 08/16/2018  
Date Terminated: 11/27/2018  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Bill Wisser**     represented by     **Richard Liebowitz**  
Liebowitz Law Firm, PLLC  
11 Sunrise Plaza, Suite 301  
Suite 305  
Valleystream, NY 11580  
516-233-1660  
Email: RL@LiebowitzLawFirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Infatuation Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2018 | 1 | COMPLAINT against The Infatuation Inc.. (Filing Fee $ 400.00, Receipt Number 0208-15456819)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 08/16/2018) |
| 08/16/2018 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to The Infatuation Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 08/16/2018) |
| 08/16/2018 | 3 | **FILING ERROR - PDF ERROR -** CIVIL COVER SHEET filed. (Liebowitz, Richard) Modified on 8/17/2018 (pne). (Entered: 08/16/2018) |
| 08/17/2018 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Richard Liebowitz to RE-FILE Document No. 3 Civil Cover Sheet. The filing is deficient for the following reason: the civil cover sheet was not completed. Re-file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated June 2017. The S.D.N.Y. Civil Cover Sheet dated June 2017 is located at http://nysd.uscourts.gov/file/forms/civil-cover-sheet.. (pne)** (Entered: 08/17/2018) |
| 08/17/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Lewis A. Kaplan. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require |

CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-01349-GHW

| | |
|---|---|
| Wisser v. Vox Media, Inc. | Date Filed: 02/15/2018 |
| Assigned to: Judge Gregory H. Woods | Date Terminated: 04/11/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Bill Wisser** | represented by | **Richard Liebowitz**<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 301<br>Suite 305<br>Valleystream, NY 11580<br>516-233-1660<br>Email: RL@LiebowitzLawFirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Vox Media, Inc.** | represented by | **Rachel Fan Stern Strom**<br>Davis Wright Tremaine LLP (NYC)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212)-489-4069<br>Fax: (212)-489-8340<br>Email: rachelstrom@dwt.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2018 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-14703223)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 02/15/2018) |
| 02/15/2018 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 02/15/2018) |
| 02/15/2018 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 02/15/2018) |
| 02/16/2018 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright - Notice of Submission by Attorney found under the event list Other Documents. (pne)** (Entered: 02/16/2018) |
| 02/16/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Gregory H. Woods. Please download and review the Individual Practices |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19-cv-01445-LGS

| | |
|---|---|
| Wisser v. Vox Media, Inc. | Date Filed: 02/14/2019 |
| Assigned to: Judge Lorna G. Schofield | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Bill Wisser** | represented by | **Richard Liebowitz**<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 301<br>Suite 305<br>Valleystream, NY 11580<br>516-233-1660<br>Email: RL@LiebowitzLawFirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Vox Media, Inc.** | represented by | **Caesar D. Kalinowski**<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104-1610<br>206-622-3150<br>Email: caesarkalinowski@dwt.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachel Fan Stern Strom**<br>Davis Wright Tremaine LLP (NYC)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212)-489-4069<br>Fax: (212)-489-8340<br>Email: rachelstrom@dwt.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2019 | 1 | COMPLAINT against Vox Media, Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC-16354470)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Liebowitz, Richard) (Entered: 02/14/2019) |
| 02/14/2019 | 2 | **FILING ERROR - DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Vox Media, Inc., re: 1 |

CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:17-cv-04213-ER

| | |
|---|---|
| Wisser v. Zagat, Inc. | Date Filed: 06/05/2017 |
| Assigned to: Judge Edgardo Ramos | Date Terminated: 12/08/2017 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bill Wisser**      represented by    **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zagat, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2017 | 1 | COMPLAINT against Zagat, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-13746011)Document filed by Bill Wisser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 06/05/2017) |
| 06/05/2017 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Zagat, Inc., re: 1 Complaint. Document filed by Bill Wisser. (Liebowitz, Richard) (Entered: 06/05/2017) |
| 06/05/2017 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 06/05/2017) |
| 06/06/2017 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Richard Liebowitz to RE-FILE Document No. 3 Civil Cover Sheet. The filing is deficient for the following reason(s): The Civil Cover Sheet is incomplete;. Re-file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated June 2017. The S.D.N.Y. Civil Cover Sheet dated June 2017 is located at http://nysd.uscourts.gov/file/forms/civil-cover-sheet.. (jvs) (Entered: 06/06/2017) |
| 06/06/2017 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices |