USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

November 13, 2019

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Application GRANTED IN PART.  It is ORDERED that Plaintiff shall deliver a courtesy copy of his opposition memorandum and supporting papers, as amended, to Chambers by November 15, 2019.  No additional courtesy copies of Defendant's motion papers are necessary.

Dated: November 14, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Wisser v. Vox Media, Inc.*, 1:19-cv-01445 (LGS)

Dear Judge Schofield:

We represent Plaintiff Bill Wisser ("Plaintiff") in the above-captioned case and write pursuant to section III.B.5 of Your Honor's Individual Practice Rules.  This letter intends to supersede the letter filed at Dkt. #57 to fix certain typographical errors.

Pursuant to the Court's order, on November 12, 2019, Plaintiff re-filed amended opposition papers to Defendant's Vox Media, Inc.'s motion for sanctions, which consists of an amended memorandum of law[1] [Dkt. #54], revised Declaration of Richard Liebowitz plus exhibits [Dkt. #55]; and Declaration of Bill Wisser[2] plus revised exhibits A, B and D (Exhibit C was intentionally omitted) [Dkt. #56].  The Declaration of James Freeman [Dkt. #48] was not amended and therefore not re-filed.  The new submission complies with Section III.B.3 of Your Honor's Individual Rules.

In light of Plaintiff's re-filing of his amended opposition papers, Plaintiff respectfully requests leave of Court to deliver another courtesy copy of all parties' motion papers, organized in a three-ring binder in the following order:

1) Defendant's Notice of Motion, Memorandum of Law, Declaration of Rachel Strom plus exhibits.

2) Plaintiff's Opposition Memorandum (as amended), Declaration of Bill Wisser plus exhibits (as amended), Declaration of Richard Liebowitz plus exhibits (as amended); Declaration of James Freeman.

---

[1] Please note that Plaintiff did not make any substantive changes to the original memorandum but only updated citations to the revised declaration of Richard Liebowitz.

[2] The Wisser Declaration is identical to that filed on October 24, 2019.

Liebowitz Law Firm, PLLC

Liebowitz Law Firm, PLLC

3) Defendant's Reply Memorandum of Law, Reply Declaration of Rachel Strom, plus exhibits.

Thank you for Your Honor's consideration.

                Respectfully Submitted,

                **/s/richardliebowitz/**
                Richard Liebowitz

                *Counsel for Plaintiff Bill Wisser*