

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Rachel Strom**
(212) 402-4079 tel
(212) 489-8340 fax

rachelstrom@dwt.com

**April 9, 2020**

**VIA ECF**

**Honorable Lorna G. Schofield, U.S.D.J.**
**United States District Court for the Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square Courtroom 1106**
**New York, NY 10007**

      Re:    *Wisser v. Vox Media, Inc.*
                **Docket No. 1:19-cv-1445-LGS**

Dear Judge Schofield:

      Defendant Vox Media, Inc. ("Vox Media") respectfully writes, pursuant to this Court's April 1 Order, to inform this Court that Vox Media intends to re-open Plaintiff William Wisser's deposition. While the Parties have yet to agree on a date, Vox Media affirms that it intends to conduct the deposition before the Court's June 2, 2020 discovery deadline, *see* Dkt. 63, and consistent with the Southern District of New York's guidance relating to the COVID-19 pandemic, *see* https://www.nysd.uscourts.gov/covid-19-coronavirus.

      Vox Media thanks the Court for its consideration of this matter.

      Respectfully submitted,

                                    DAVIS WRIGHT TREMAINE LLP

                                    By:   */s/ Rachel F. Strom*
                                             Rachel F. Strom|

                                 *Attorney for Defendant Vox Media, Inc.*