April 13, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Wisser v. Vox Media, Inc.,</u> 1:19-cv-01445 (LGS)

Dear Judge Schofield:

    We represent Plaintiff Bill Wisser in the above-captioned case. We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a Stipulation of Dismissal (with prejudice) by such time.

    With the exception of the compliance deadlines (April 14 and April 17, 2020) applicable to Liebowitz Law Firm [Dkt. #62], Plaintiff also requests that the Court adjourn all other dates for a period of thirty (30) days. Defendant Vox Media, Inc. consents to the requested relief.

                                        Respectfully Submitted,

                                        **/richardliebowitz/**
                                        Richard Liebowitz

                                        *Counsel for Plaintiff Bill Wisser*

