UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL WISSER<br><br>                                       Plaintiff,<br>   - against -<br><br>VOX MEDIA, INC.<br>                                       Defendant. | Docket No. 1:19-cv-01445-LGS |

**DECLARATION OF RICHARD LIEBOWITZ**
**RE: PROOF OF PAYMENT**

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. I am lead counsel for plaintiff Bill Wisser ("Plaintiff") and am duly admitted to practice law in this District and in the State of New York.

2. I submit this declaration in response to the Court's Order, dated April 1, 2020 [Dkt. #62] in which Liebowitz Law Firm, PLLC ("LLF") and myself, jointly and severally, were ordered to pay $5,000 to the Clerk of Court on or before April 14, 2020.

3. On April 2, 2020, LLF issued a check to the S.D.N.Y. Clerk of Court in the amount of $5,000. A true and correct copy of the pay stub is attached hereto as Exhibit A.

4. On the same date, the check was sent via Federal Express to S.D.N.Y.'s Finance/Cashier located at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, Rm. 105, New York, NY 10007. The check was received by the S.D.N.Y. Clerk on April 3, 2020 and signed for by "S. Stroud" at 10:45 a.m. A true and correct copy of the Fedex delivery confirmation is attached hereto as Exhibit B.

2

5. To date, the Clerk of Court has not posted payment to the Court's docket in this matter. However, I attest under the penalty of perjury that LLF did transmit $5,000 to the finance/cashier clerk on April 2, 2020 and that it was received and signed for by the Clerk's office on April 3, 2020.

Dated: April 14, 2020
Valley Stream, New York

                                        Respectfully submitted:

                                        **/richardliebowitz/**
By: Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff*