# EXHIBIT A

Liebowitz Law Firm, PLLC

| | | | | | 4/2/2020 | 003607 |
|---|---|---|---|---|---|---|
| Clerk of Court | | | | | | |
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 4/2/2020 | Bill | OPINION ORDER #62 | 5,000.00 | 5,000.00 | | 5,000.00 |
| | | | | | Check Amount | 5,000.00 |

Chase, N.A.        WISSER V. VOX MEDIA INC. NO.1:19-CV-0144                                        5,000.00

  Rev 1/17                                                                                          10436 (6/18) J221326