# EXHIBIT B

**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient closures, you can redirect packages, Ask FedEx, or contact the shipper.



770157526001

# Delivered
## Friday 4/03/2020 at 10:45 am

**DELIVERED**
Signed for by: S.STROUD



**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**
RICHARD LIEBOWITZ
11 SUNRISE PLAZA -STE 305
VALLEY STREAM, NY US 11580
516 233-1660

**TO**
THURGOOD MARSHALL U.S. COURTHOUSE
SDNY-ATTN: FINANCE/CASHIER
40 FOLEY SQUARE - ROOM 105
NEW YORK, NY US 10007
212 805-0600

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** 770157526001 | **SERVICE** FedEx Priority Overnight | **WEIGHT** 0.5 lbs / 0.23 kgs |
| **DELIVERY ATTEMPTS** 1 | **DELIVERED TO** Receptionist/Front Desk | **TOTAL PIECES** 1 |
| **TOTAL SHIPMENT WEIGHT** 0.5 lbs / 0.23 kgs | **TERMS** Shipper | **PACKAGING** FedEx Envelope |
| **SPECIAL HANDLING SECTION** Deliver Weekday | **STANDARD TRANSIT** 4/03/2020 by 10:30 am | **SHIP DATE** Thu 4/02/2020 |
| **ACTUAL DELIVERY** Fri 4/03/2020 10:45 am | | |

**Travel History**　　　　　　　　　　　　　　　　　　　　　　Local Scan Time

https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770157526001||20200402&cntry_code=us&language=en&clienttype=fhist　　1/2