UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
BILL WISSER,                                  :
                            Plaintiff,        :
                                              :      19 Civ. 1445 (LGS)
              -against-                       :
                                              :      ORDER
VOX MEDIA, INC.,                              :
                            Defendant.        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED, with the exception of the deadline set in this Court's Opinion and Order at Dkt. No. 62 requiring Liebowitz Law Firm, PLLC ("LLF") to file proof that LLF's policy and practice has been changed to require compliance with Rule 33(b)(5) by April 17, 2020.

Dated: April 14, 2020
      New York, New York

                                                LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE