UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL WISSER<br><br>　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>VOX MEDIA, INC.<br><br>　　　　　　　　　　Defendant. | Docket No. 1:19-cv-01445-LGS |

**DECLARATION OF RICHARD LIEBOWITZ**
**RE: Rule 33(b)(5) POLICY**

　　　I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

　　　1.　　I am lead counsel for plaintiff Bill Wisser ("Plaintiff") and am duly admitted to practice law in this District and in the State of New York.

　　　2.　　I submit this declaration in response to the Court's Order, dated April 1, 2020 [Dkt. #62] in which Liebowitz Law Firm, PLLC ("LLF") and myself, jointly and severally, were ordered to file proof that LLF's policy and practice has been changed to require compliance with Rule 33(b)(5) on or before April 17, 2020.

　　　3.　　 I attest that LLF has changed its policy and practice to require compliance with Rule 33(b)(5) of the Federal Rules of Civil Procedure.

Dated: April 14, 2020
Valley Stream, New York

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　　　**/richardliebowitz/**

By: Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff*